**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH S. AUTERI, M.D. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-64 |
| | : | |
| VIA AFFILIATES, d/b/a | : | |
| DOYLESTOWN HEALTH PHYSICIANS | : | |

## <u>ORDER</u>

**AND NOW**, this <u>30th</u> day of October, 2023, upon consideration of Defendant VIA

Affiliates d/b/a Doylestown Health Physicians' Motion to Dismiss Count II and Count III of the

Complaint (ECF No. 6), and all documents submitted in support thereof and in opposition

thereto, it is **ORDERED** that the Motion is granted in part without prejudice and denied in part

as follows:

1. Defendant's Motion to Dismiss Counts II (disability discrimination) and III of the
   Complaint is **GRANTED** without prejudice;

2. Defendant's Motion to Dismiss Count II (retaliation) is **DENIED**;

3. Plaintiff is granted leave to amend the Complaint within twenty-one (21) days of the
   date of this Order.

**IT IS SO ORDERED.**

                                        **BY THE COURT:**


                                        */s/ R. Barclay Surrick*
                                        **R. BARCLAY SURRICK, J.**