# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. AUTERI, M.D. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-3384 |
| | : | |
| VIA AFFILIATES, d/b/a | : | |
| DOYLESTOWN HEALTH PHYSICIANS | : | |

## ORDER

**AND NOW**, this <u>15th</u> day of December, 2023, upon consideration of Plaintiff's Letter Request for an Extension of Time to Respond to Defendant's Second Motion to Dismiss for Failure to State a Claim, it is **ORDERED** that the request is **GRANTED**. Plaintiff's response shall be filed on or before Wednesday, January 3, 2024.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**