# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH S. AUTERI, M.D. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 20-64 |
| : | |
| VIA AFFILIATES, d/b/a : | |
| DOYLESTOWN HEALTH PHYSICIANS : | |

## **ORDER**

**AND NOW**, this 8th day of August, 2024, upon consideration of Defendant Via Affiliates, d/b/a Doylestown Health Physician's ("Defendant" or "Doylestown Health") Motion to Dismiss Counts I (in part), II, and III of the Amended Complaint (Mot., ECF No. 14), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.

Plaintiff is granted leave to amend the Amended Complaint to add a Pennsylvania Human Relations Act discrimination based upon religious affiliation claim within twenty-one (21) days of the date of this Order.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**