**EXHIBIT "3"**

**EXEMPTION REQUESTS**

October 6, 2021

Ms. Barb Hebel
VP, Human Resources
Doylestown Health
595 West State Street
Doylestown PA 18901

Dear Ms. Hebel:

This letter is to request a religious exemption to Doylestown Hospital's Covid Vaccination Mandate. I have a personal, deeply held and sincere religious conviction against this vaccine mandate.

I have been at Doylestown Hospital since May 2007. As you know we have grown the program from 166 cardiac cases the calendar year before I arrived, to our record volume of 396 cardiac cases in 2019 before Covid hit. Our volume dipped last year during Covid, but is back up this year and we are currently on pace to perform over 400 cases in 2021, surpassing our previous high water mark in terms of cardiac volume, **making 2021 the highest volume of cardiac cases in the history of the program**. We have hired one Cardiac Surgeon and have another Cardiac Surgeon on the way next July to meet this increased volume.

In addition, before I arrived, we were performing less than 50 vascular cases per year, and our vascular volume has greatly increased, and is now consistently between 450 and 500 cases per year. In addition, we have hired the equivalent of 2.5 Vascular Surgeons to accommodate this tremendous growth in the Vascular volume.

During my time as Chief of Cardiovascular Surgery, we began a multidisciplinary TAVR program (Transcatheter Aortic Valve Replacement) and have now performed over 550 TAVRs **with only 2 deaths**, a mortality rate of less than 0.2%, when the expected mortality from a TAVR is 5-8% (putting our expected mortality at 27-44 deaths, again, we've had 2 deaths out of 550).

In addition to this, during my time as Chief we implemented a multidisciplinary Watchman Program, also a Lead Extraction Program, and more recently a Mitral Clip program, all of which have been very successful. I believe the entire administration has been very happy with the volume trajectory over the past 14 years.

In addition to all of this volume growth in the program, we are well on our way to achieving our very ambitious goal of raising $100 million dollars (currently sitting at $80.1 million raised) for our new Cardiac Wing in our 5-year capital campaign entitled One Vision-The Campaign for Doylestown Health, when the previous philanthropic high before I arrived raised $12 million for the ER expansion.

I have been recently contacted by a much larger hospital system in our region to ask if we could partner with them to create a new cardiac program at their facility and bring all of the tremendous success and quality outcomes that we have achieved at Doylestown to their area as well. (I immediately came to our administration, and we are currently working on this project). Just this past week, the Chief of Thoracic Surgery at a major University Hospital Program in our area reached out to me to see if we could partner with them on Thoracic (Lung) surgery. We have many exciting projects going on at Doylestown Health, and I am excited and proud to be part of them.

As you no doubt remember, in the Fall of 2006 when I was offered the job of Director of the Heart Institute and Chief of Cardiovascular Surgery by Dr. Scott Levy, my response at that time was that my wife and I would enter a season of prayer and fasting to see where the Holy Spirit was leading us in taking this job. Ultimately we were led by the Spirit to take the job in Doylestown, and I have been very happy with that decision. I believe that God has blessed that obedience to His leading.

I have recently been through a similar season of prayer and fasting regarding the vaccine mandate. I am being led by the Holy Spirit to respectfully decline the Covid vaccine. I believe my body belongs to God and is the temple of his Holy Spirit. As it says in 1 Corinthians 6:19-20 "do you not know that your body is a temple of the Holy Spirit who is in you, whom you have from God, and that you are not your own? For you have been bought with a price: therefore glorify God in your body." I believe that for me to ingest this vaccine is a violation of the Holy Spirit's leading, and therefore would be sin.

When considering whether to obey all the various laws of mankind or not to obey them relies on whether or not those same laws would cause me to disobey my understanding of God's Word if I were to follow Man's rules. In a situation where, in order to obey Man's rules or laws I would have to disobey God's Word, I must obey God and His Word. Therefore I am unable to submit to this vaccine mandate imposed by Doylestown Hospital.

To deny the clear leading of the Spirit would be sinful on my part, and I have no desire to do that. I have a peace about this decision, which I believe the Holy Spirit gives when one is being led by the Spirit.

Title VII of the Civil Rights Act of 1964 says that by law, reasonable accommodation should be given for someone with a personal, deeply held and sincere religious conviction, and I look forward to accepting your reasonable accommodation so that we can together continue this wonderful work we are doing at Doylestown Health.


Sincerely,


Joseph S. Auteri, MD

October 6, 2021

Ms. Barb Hebel
VP, Human Resources
Doylestown Health
595 West State Street
Doylestown PA 18901

Dear Ms. Hebel:

This letter is to request a medical exemption to the Hospital's Covid Vaccination Mandate. I was infected with Covid in May 2021, and was out for 14 days while I recovered. I had a positive antigen test in May, and recently have been tested for both antibody as well as T-Cell immunity and based on these results my physician describes me as having "robust immunity".

I have been at Doylestown Hospital since May 2007. As you know we have grown the program from 166 cardiac cases the calendar year before I arrived, to our record volume of 396 cardiac cases in 2019 before Covid hit. Our volume dipped last year during Covid, but is back up this year and we are currently on pace to perform over 400 cases in 2021, surpassing our previous high water mark in terms of cardiac volume, **making 2021 the highest volume of cardiac cases in the history of the program**. We have hired one Cardiac Surgeon and have another Cardiac Surgeon on the way next July to meet this increased volume.

In addition, before I arrived, we were performing less than 50 vascular cases per year, and our vascular volume has greatly increased, and is now consistently between 450 and 500 cases per year. In addition, we have hired the equivalent of 2.5 Vascular Surgeons to accommodate this tremendous growth in the Vascular volume.

During my time as Chief of Cardiovascular Surgery, we began a multidisciplinary TAVR program (Transcatheter Aortic Valve Replacement) and have now performed over 550 TAVRs **with only 2 deaths**, a mortality rate of less than 0.2%, when the expected mortality from a TAVR is 5-8% (putting our expected mortality at 27-44 deaths, again, we've had 2 deaths out of 550).

In addition to this, during my time as Chief we implemented a multidisciplinary Watchman Program, also a Lead Extraction Program, and more recently a Mitral Clip program, all of which have been very successful. I believe the entire administration has been very happy with the volume trajectory over the past 14 years.

In addition to all of this volume growth in the program, we are well on our way to achieving our very ambitious goal of raising $100 million dollars (currently sitting at $80.1 million raised) for our new Cardiac Wing in our 5-year capital campaign entitled One Vision-The Campaign for Doylestown Health, when the previous philanthropic high before I arrived raised $12 million for the ER expansion.

I have been recently contacted by a much larger hospital system in our region to ask if we could partner with them to create a new cardiac program at their facility and bring all of the tremendous success and quality outcomes that we have achieved at Doylestown to their area as well. (I immediately came to our administration, and we are currently working on this project). Just this past week, the Chief of Thoracic Surgery at a major University Hospital Program in our area reached out to me to see if we could partner with them on Thoracic (Lung) surgery. We have many exciting projects going on at Doylestown Health, and I am excited and proud to be part of them.

I believe the natural God-given immunity that one gets from having been infected previously with Covid confers as good and in some cases better protection from a future Covid infection than any vaccination could (see the three enclosed articles). In the Lancet article "the authors suggest that infection and the development of an antibody response provides protection **similar to or even better** than currently used SARS-CoV-2 vaccines." The Nature article states "our results indicate that mild infection with SARS-CoV-2 induces robust antigen-specific, **long-lived humoral immune memory** in humans." And finally, the Israeli article states that "our analysis demonstrates that SARS-CoV-2-naïve vaccines had a 13.06-fold increased risk for breakthrough infection with the Delta variant compared to those previously infected..."

I am therefore requesting this medical exemption since I believe I am better protected than many others currently working at the hospital.

Title VII of the Civil Rights Act of 1964 says that by law, reasonable accommodation should be given for someone with a medical exemption, and I look forward to accepting your reasonable accommodation so that we can together continue this wonderful work we are doing at Doylestown Health.

Sincerely,

Joseph S. Auteri, MD