**EXHIBIT "8"**

**ELINOR PERNITSKY LETTER DATED NOVEMBER 11, 2021**


## Doylestown Health

Doylestown Hospital

November 11, 2021

CERTIFIED MAIL: RETURN RECEIPT REQUESTED

Joseph F. Auteri, M.D.
3007 Holicong Road
Doylestown, PA 18902

RE: Termination of Doylestown Hospital Medical staff membership and privileges.

Dear Dr. Auteri:

By letter dated October 11, 2021, Dr. Brenda Foley, President of the Doylestown Hospital Medical Staff ("Medical Staff"), notified you that you were being placed on a 30 day precautionary suspension from the Medical Staff for failure to obtain a COVID-19 vaccination. In that letter, Dr. Foley stated:

"[i]f you do not send Doylestown Hospital proof of your receipt of a COVID-19 vaccination by Wednesday, November 10th, before 5:00 p.m., the Medical Staff will accept that you have voluntarily resigned your privileges and Medical Staff membership at Doylestown Hospital, effective November 10th, 2021."

Doylestown Hospital received no notice that you were vaccinated for COVID-19 as of 5:00 pm on November 10th, 2021. Consequently, the Medical Staff recognizes that you have chosen to voluntarily resign from your Medical Staff membership and your privileges. Your action will be reported to the Board of Trustees of the Hospital at its meeting on November 18, 2021.

Please note that your voluntary resignation does not require the Medical Staff or the Hospital to make a report to the National Practitioner Data Bank.

Yours sincerely,

Elinor Pernitsky
Director, Medical Staff Services

Cc:   James L. Brexler, FACHE, President and Chief Executive Officer
      Scott Levy, M.D., Vice President and CMO
      John B. Reiss, Ph.D., J.D., Vice President, General Counsel, Chief Compliance Officer
      Brenda Foley, M.D., President, Doylestown Hospital Medical Staff
      ✓Kimberly L. Russell, Esq., Kaplin Stewart