Kimberly L. Russell, Esquire
Kaplan Stewart Meloff Reiter & Stein, P.C.
Union Meeting Corp. Center
910 Harvest Dr.
P.O. Box 3037
Blue Bell, PA  19422
krussell@kaplaw.com
*Lead Counsel for Plaintiff*

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH S. AUTERI, M.D. | |
| Plaintiff | Case No. 22-cv-03384 |
| v. | |
| VIA AFFILIATES, d/b/a DOYLESTOWN HEALTH PHYSICIANS, | **NOTICE OF APPEARANCE** |
| Defendant | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as co-counsel on behalf of Plaintiff, Joseph S. Auteri, M.D., in the above-captioned matter.

Date: February 3, 2025

PACIFIC JUSTICE INSTITUTE
PA/NJ Office
P.O. Box 276600
Sacramento, CA 95827
*Co-Counsel for Plaintiff*
*Joseph S. Auteri, M.D.*

By:   s/**Karyn L. White**
Karyn L. White, Esq.
E: kwhite@pji.org
P: 609 335 4833

1