IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. AUTERI, M.D. | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 2:22-cv-03384 |
| v. | : | |
| | : | |
| VIA AFFILIATES, D/B/A DOYLESTOWN HEALTH PHYSICIANS | : | |
| | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

Please enter the appearance of Adam D. Brown, Esq. of Duane Morris LLP as counsel for Defendant VIA Affiliates d/b/a Doylestown Health Physicians in this matter.

Dated: February 3, 2025                    Respectfully submitted,

                                           **DUANE MORRIS LLP**

                                           */s/ Adam D. Brown*
                                           Adam D. Brown (Pa. ID# 205899)
                                           30 South 17th Street
                                           Philadelphia, PA 19103
                                           Tel: (215) 979-1883
                                           Fax: (215) 754-4189
                                           adbrown@duanemorris.com


                                           *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, Adam D. Brown, hereby certify that on February 3, 2025, I caused a true and correct copy of the foregoing Entry of Appearance to be served via ECF on all counsel of record.

                                                                */s/ Adam D. Brown*
                                                                Adam D. Brown