IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JOSEPH S. AUTERI, M.D., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 2:22-cv-03384 |
| : | |
| VIA AFFILIATES d/b/a DOYLESTOWN : | |
| HEALTH PHYSICIANS, : | |
| : | |
| Defendant. : | |

## **DECLARATION OF ALEX GORSKY**

I, Alex Gorsky, pursuant to 28 U.S.C. § 1746(2), do hereby declare and state as follows:

1. I am over the age of 18 years and have personal knowledge of the matters herein.

2. I reside in the Commonwealth of Pennsylvania.

3. I do not reside in New York.

4. I am not now, nor at any relevant time have I been, an employee or other representative of Defendant VIA Affiliates d/b/a Doylestown Health Physicians ("Doylestown Health"), nor have I provided any services to Doylestown Health or its affiliated entities during the relevant time.

5. I have no decision-making authority with respect to Doylestown Health employment matters.

6. I had no involvement in any decisions relating to the employment of Plaintiff, Joseph S. Auteri, M.D. ("Plaintiff"), with Doylestown Health, or the termination of that employment.

7. On February 11, 2025, I received two text messages on my mobile phone from Kim Russell, who represented herself to be Plaintiff's counsel in this matter.

8. One of Ms. Russell's text messages represented to me that a copy of a subpoena sent by certified had been delivered on that date, at what Ms. Russell referred to as my "New York address." A true and correct copy of that text message is attached hereto as Exhibit 1.

9. Neither I, nor any person authorized to accept service of a subpoena in this matter on my behalf, was present in New York on February 11, 2025.

10. No subpoena in this matter has been delivered to me personally.

11. I have not received the subpoena that Ms. Russell represented she delivered by certified mail to an address in New York.

I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

*Alex Gorsky*

ALEX GORSKY

Executed: February 14, 2025

# Exhibit 1

Docusign Envelope ID: C8722A19-1B25-49C6-AA07-4ADE55122725

