IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. AUTERI, M.D. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-3384 |
| VIA AFFILIATES d/b/a DOYLESTOWN | : | |
| HEALTH PHYSICIANS | : | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 26th day of February 2025, upon consideration of the Plaintiff's letter request for a two-week extension of parties' expert report, it is hereby **ORDERED** that the request is **GRANTED**. The Scheduling Order of October 10, 2024, (ECF No. 25), is amended as follows:

1. Plaintiff shall provide Defendant with a copy of the report of each report who will appear at trial on behalf of Plaintiff no later than March 13, 2025.

2. Defendant shall provide Plaintiff with a copy of the report of each expert who will appear at trial on behalf of Defendant no later than April 10, 2025. All other case management deadlines remain unchanged.

**IT IS SO ORDERED**.

BY THE COURT:

s/ *R. Barclay Surrick*

**R. BARCLAY SURRICK, J.**