**EXHIBIT "C"**

*December 2024 Emails*

# Danielle M Gosciniak

| | |
|---|---|
| **From:** | Durham, Christopher D. <CDDurham@duanemorris.com> |
| **Sent:** | Friday, December 20, 2024 12:44 PM |
| **To:** | Kimberly L Russell |
| **Cc:** | Bassani, Elisabeth |
| **Subject:** | RE: Auteri v. VIA Affiliates - Plaintiff's deposition |

Kim:

We will circle back to you on the former employees, but do not anticipate that a subpoena will be needed for any of the witnesses.

We will also circle back by Monday on the date for Plaintiff's deposition, and as soon as possible with some proposed dates for the defense depositions. We intend to take Plaintiff's deposition before the other depositions. If we end up pushing against the fact discovery deadline as a result, we will agree to depositions after the deadline.

We are available on Monday morning 8:30-9 and 10:00-11 to discuss Dr. Kracht. Please send an invite with dial-in for a time in those windows that works for you.

Thanks.

Chris



**Christopher D. Durham**
Partner

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1510
**F:** +1 215 689 4915
**C:** +1 215 837 2764

cddurham@duanemorris.com
www.duanemorris.com

Visit www.duanemorrisinstitute.com for information on training on employment, labor, benefits and immigration.


**From:** Kimberly L Russell <krussell@kaplaw.com>
**Sent:** Friday, December 20, 2024 8:44 AM
**To:** Durham, Christopher D. <CDDurham@duanemorris.com>
**Cc:** Bassani, Elisabeth <EBassani@duanemorris.com>
**Subject:** RE: Auteri v. VIA Affiliates - Plaintiff's deposition [IMAN-IMAN_BB.FID667665]

Good morning,

1

I am checking on the proposed dates and confirm the date as soon as possible.

Are you representing the ormer DH employees listed in Plaintiff's Initial Discovery Disclosures, or do we need to subpoena those individuals or deposition (Levy, Reiss)? We also will schedule the depositions o Brexler, Hebel, Pernitsky, Wortman, Guidera, whom I believe still are employed by DH. I that is not correct and any o those individuals no longer are employed and require a subpoena, please so advise me. We will notice the depositions scheduled by Plaintiff or my Blue Bell office. We can utilize the dates you proposed or Dr. Auteri's deposition outside o his deposition date to start scheduling, as I am available on those dates. Can you please propose 5-6 alternate dates be ore 2/12 on which to schedule the remaining depositions?

Please provide current contact in ormation or Levy and Reiss.

I am not available to discuss the objections to discovery rom Dr. Kracht until the earlier part o the morning on 12/23. I you can propose available times be ore 11:30 am, we can discuss then. Thank you, and have a good weekend.

Kim Russell

Kimberly L. Russell, Esquire
Kaplin Stewart Meloff Reiter & Stein, P.C.
Union Meeting Corporate Center
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA  19422-0765
Direct dial: (610) 941-2541
Fax: (610) 684-2026
krussell@kaplaw.com
http://www.kaplaw.com



eldi@kaplaw.com

---

**From:** Durham, Christopher D. <CDDurham@duanemorris.com>
**Sent:** Thursday, December 19, 2024 3:57 PM
**To:** Kimberly L Russell <krussell@kaplaw.com>
**Cc:** Bassani, Elisabeth <EBassani@duanemorris.com>
**Subject:** RE: Auteri v. VIA Affiliates - Plaintiff's deposition

Hi Kim:

Following up on the below, we have a shift in availability.

Proposed dates for Dr. Auteri's deposition are now January 22, 30 and 31.

Case 2:22-cv-03384-RBS    Document 32-3    Filed 02/28/25    Page 4 of 5

Please let us know if one or more of those dates works at your earliest convenience. We intend to serve notice of Dr. Auteri's deposition no later than December 23.

Separately, we'd like to discuss with you Plaintiff's objection to any discovery from Dr. Kracht, as set forth in Plaintiff's answer and objection to Interrogatory 1. We disagree that any such discovery would be "privileged and outside the scope of discovery." Please let us know your availability tomorrow for a call to discuss, as we'd like to address before the holiday week, given that the issue involves potential discovery from a third party and we will need to allow time for such discovery (and, if Plaintiff continues to object, consultation with the court).

Please note that we are continuing to review Plaintiff's discovery responses, and reserve the right to identify further issues and/or deficiencies with same.

Thanks.

Chris


**Christopher D. Durham**
Partner

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1510
**F:** +1 215 689 4915
**C**: +1 215 837 2764

cddurham@duanemorris.com
www.duanemorris.com

Visit www.duanemorrisinstitute.com for information on training on employment, labor, benefits and immigration.

---

**From:** Durham, Christopher D.
**Sent:** Wednesday, December 18, 2024 9:14 AM
**To:** Kimberly L Russell <krussell@kaplaw.com>
**Cc:** Bassani, Elisabeth <EBassani@duanemorris.com>
**Subject:** Auteri v. VIA Affiliates - Plaintiff's deposition

Kim:

Good morning.

We'd like to schedule Plaintiff's deposition for Jan. 22, 23 or 24, 2025 at Duane Morris' offices in Philadelphia.

Please let us know if one of those dates works for you and your client so that we can get the deposition noticed.

Thanks.

Chris

3



Visit www.duanemorrisinstitute.com for information on training on employment, labor, benefits and immigration.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.