**EXHIBIT "D"**

*February 5, 2025 Email from Plaintiff's Counsel*

**Danielle M Gosciniak**

| | |
|---|---|
| **From:** | Kimberly L Russell |
| **Sent:** | Wednesday, February 5, 2025 1:54 PM |
| **To:** | Durham, Christopher D.; Bassani, Elisabeth; Brown, Adam |
| **Subject:** | Auteri - Subpoena to Testify at a Deposition - Alex Gorsky [IMAN-IMAN_BB.FID667665] |
| **Attachments:** | Subpoena to Testify at a Deposition - Alex Gorsky.pdf |

Good afternoon Chris, Liz, and Adam,

Attached is a Subpoena which I intend to issue for service today to Alex Gorsky for a deposition (no documents requested) in my office on February 12, 2025 beginning at 9:30a.m.  If you will be representing Mr. Gorsky and/or are able to accept service on Mr. Gorsky's behalf, please so advise me.  Thank you, and I will see you tomorrow.

Kim Russell


Kimberly L. Russell, Esquire
Kaplin Stewart Meloff Reiter & Stein, P.C.
Union Meeting Corporate Center
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA  19422-0765
Direct dial: (610) 941-2541
Fax: (610) 684-2026
krussell@kaplaw.com
http://www.kaplaw.com



eldi@kaplaw.com

1

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Joseph S. Auteri, M.D. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-cv-03384 |
| VIA Affiliates, | ) | |
| d/b/a Doylestown Health Physicians | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Alex Gorsky

*(Name of person to whom this subpoena is directed)*

☒ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Kaplin Stewart Meloff Reiter & Stein, P.C., 910 Harvest Drive, Suite 200, Blue Bell, PA 19422 | Date and Time: Wednesday, February 12, 2025 beginning at 9:30 a.m. |
|---|---|

The deposition will be recorded by this method: Court Reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2/5/2025

CLERK OF COURT

_____     OR     _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff , who issues or requests this subpoena, are:

Kimberly L. Russell, Esquire; Kaplin Stewart Meloff Reiter & Stein, P.C., 910 Harvest Drive, Suite 200, Blue Bell, PA 19422;
Email - krussell@kaplaw.com;  Telephone No. (610) 941-2541

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named individual as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: