**EXHIBIT "F"**

*February 7, 2025 Certified Letters to Alex Gorsky enclosing Subpoena to Attend and Testify*



**Kaplin Stewart**
*Attorneys at Law*

**Kimberly L. Russell, Esquire**
Direct Dial: (610) 941-2541
Direct Fax: (610) 684-2026
krussell@kaplaw.com
www.kaplaw.com

February 7, 2025

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Alex Gorsky
REDACTED

RE:   **Joseph S. Auteri, M.D. v. VIA Affiliates d/b/a Doylestown Health Physicians, U.S.D.C. for the Eastern District of PA, No. 2:22-cv-03384**

Dear Mr. Gorsky:

Kaplin Stewart Meloff Reiter & Stein, P.C. represents Plaintiff in the above matter.

Enclosed is, and you are hereby served with, a "Subpoena to Attend at a Deposition in a Civil Action," commanding you to appear for a deposition on Wednesday, February 12, 2025, beginning at 9:30 a.m. A check representing the statutory witness fee will be provided at the time of the deposition.

Please bear in mind that a subpoena is, in effect, a Court Order. If you do not appear as directed, and have not been excused, the Court may impose sanctions upon you.

If you have any questions, please contact me.

Sincerely,

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

*/s/ Kimberly L. Russell*
By: Kimberly L. Russell, Esquire

KLR:dg
Enclosure

Kaplin Stewart Meloff Reiter & Stein, P.C.
Union Meeting Corporate Center
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422-0765
610-260-6000 tel

16995/1/11160078/1
Offices in
Pennsylvania
New Jersey

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Joseph S. Auteri, M.D.  )
*Plaintiff* )
v. ) Civil Action No. 2:22-cv-03384
VIA Affiliates, )
d/b/a Doylestown Health Physicians )
*Defendant* )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Alex Gorsky

*(Name of person to whom this subpoena is directed)*

☒ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Kaplin Stewart Meloff Reiter & Stein, P.C., 910 Harvest Drive, Suite 200, Blue Bell, PA 19422 | Date and Time: Wednesday, February 12, 2025 beginning at 9:30 a.m. |
|---|---|

The deposition will be recorded by this method: Court Reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2/5/2025

CLERK OF COURT

OR

_____  _____
Signature of Clerk or Deputy Clerk       Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff
_____, who issues or requests this subpoena, are:

Kimberly L. Russell, Esquire; Kaplin Stewart Meloff Reiter & Stein, P.C., 910 Harvest Drive, Suite 200, Blue Bell, PA 19422; Email - krussell@kaplaw.com; Telephone No. (610) 941-2541

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:



**Kaplin | Stewart**
*Attorneys at Law*

**Kimberly L. Russell, Esquire**
Direct Dial: (610) 941-2541
Direct Fax: (610) 684-2026
krussell@kaplaw.com
www.kaplaw.com

February 7, 2025

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Alex Gorsky
REDACTED

RE:   **Joseph S. Auteri, M.D. v. VIA Affiliates d/b/a Doylestown Health Physicians, U.S.D.C. for the Eastern District of PA, No. 2:22-cv-03384**

Dear Mr. Gorsky:

Kaplin Stewart Meloff Reiter & Stein, P.C. represents Plaintiff in the above matter.

Enclosed is, and you are hereby served with, a "Subpoena to Attend at a Deposition in a Civil Action," commanding you to appear for a deposition on Wednesday, February 12, 2025, beginning at 9:30 a.m. (EST). A check representing the statutory witness fee will be provided at the time of the deposition.

Please bear in mind that a subpoena is, in effect, a Court Order. If you do not appear as directed, and have not been excused, the Court may impose sanctions upon you.

If you have any questions, please contact me.

Sincerely,

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

*Kimberly L. Russell*

By: Kimberly L. Russell, Esquire

KLR:dg
Enclosure

Kaplin Stewart Meloff Reiter & Stein, P.C.
Union Meeting Corporate Center
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422-0765
610-260-6000 tel

16995/1/11160043/1
*Offices in*
Pennsylvania
New Jersey

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Joseph S. Auteri, M.D. <br> *Plaintiff* <br> v. <br> VIA Affiliates, <br> d/b/a Doylestown Health Physicians <br> *Defendant* | Civil Action No. 2:22-cv-03384 |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Alex Gorsky

*(Name of person to whom this subpoena is directed)*

☒ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Kaplin Stewart Meloff Reiter & Stein, P.C., <br> 910 Harvest Drive, Suite 200, Blue Bell, PA 19422 | Date and Time: Wednesday, February 12, 2025 <br> beginning at 9:30 a.m. |
|---|---|

The deposition will be recorded by this method: **Court Reporter**

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **2/5/2025**

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiff**
_____, who issues or requests this subpoena, are:

Kimberly L. Russell, Esquire; Kaplin Stewart Meloff Reiter & Stein, P.C., 910 Harvest Drive, Suite 200, Blue Bell, PA 19422;
Email - krussell@kaplaw.com; Telephone No. (610) 941-2541

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: