**EXHIBIT "G"**

*Text Messages to Alex Gorsky*





