**EXHIBIT "K"**

*February 14, 2025 Email from Plaintiff's Counsel enclosing Certified Mail Receipt and Signed Green Card serving Alex Gorsky Subpoena*

**Danielle M Gosciniak**

| | |
|---|---|
| **From:** | Kimberly L Russell |
| **Sent:** | Friday, February 14, 2025 2:41 PM |
| **To:** | Durham, Christopher D.; Bassani, Elisabeth; Brown, Adam |
| **Subject:** | Gorsky Deposition [IMAN-IMAN_BB.FID667665] |
| **Attachments:** | Scan (005).pdf |

Hello to all,

Attached is the green card.  Please confirm the deposition date or provide alternate dates.  Thank you.

Kim Russell


Kimberly L. Russell, Esquire
Kaplin Stewart Meloff Reiter & Stein, P.C.
Union Meeting Corporate Center
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA  19422-0765
Direct dial: (610) 941-2541
Fax: (610) 684-2026
krussell@kaplaw.com
http://www.kaplaw.com



eldi@kaplaw.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alex Gorsky

REDACTED

9590 9402 9200 4225 6646 33

2. Article Number *(Transfer from service label)*

9589 0710 5270 2437 4035 36

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

9589 0710 5270 2437 4035 36

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) $ [illegible]
- ☐ Return Receipt (electronic) $
- ☒ Certified Mail Restricted Delivery $ 13.75
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$ .69

Total Postage and Fees
$ 17.54

Postmark Here

BLUE BELL, PA 19422
FEB - 7 2025
USPS

DXC 16995-1

Sent To Alex Gorsky

Street and Apt. No., or PO Box No.

REDACTED

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

