**EXHIBIT "L"**

*February 17, 2024 Deposition Transcript of James Brexler*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. AUTERI, M.D. | : | No. 22-cv-03384 |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| VIA AFFILIATES, d/b/a | : | JURY TRIAL |
| DOYLESTOWN HEALTH | : | DEMANDED |
| PHYSICIANS | : | |
| Defendant. | : | |

- - -

Monday, February 17, 2025

- - -

Deposition of JAMES BREXLER, taken pursuant to notice, at the law offices of Kaplin Stewart Meloff Reiter & Stein, P.C., 910 Harvest Drive, Blue Bell, Pennsylvania, before Michele L. Murphy, a Registered Professional Reporter and Notary Public, on the above date, beginning at approximately 9:32 a.m.

- - -

Page 80

```
 1   that would be the case.  I'm just not
 2   personally aware exactly what day.  I don't
 3   recall the date.
 4        Q.   Were you a participant in the phone
 5   call?
 6        A.   No, ma'am.
 7        Q.   How did you become aware that the
 8   phone call occurred?
 9        A.   Because I called Mr. Gorsky and
10   asked if he would be willing to talk to
11   Dr. Auteri about the vaccine.
12        Q.   Did you tell Mr. Gorsky that
13   Dr. Auteri had not received the vaccine?
14        A.   I told Mr. Gorsky that Dr. Auteri
15   was not willing at this point and
16   uncomfortable taking the vaccine.
17        Q.   Did you ask Dr. Auteri's permission
18   to disclose that information to Mr. Gorsky?
19        A.   I actually had that conversation
20   with him in my office and said, would you be
21   willing to talk to Mr. Gorsky about your
22   concerns about the vaccine, and he said, yes,
23   he would.
24        Q.   Did you get Dr. Auteri's permission
25   to tell Mr. Gorsky that Dr. Auteri had not
```

Page 95

```
 1       whatever additional information that
 2       Dr. Auteri might need to get on board
 3       with being able to be comfortable taking
 4       the vaccine.
 5  BY MS. RUSSELL:
 6       Q.   Did you have any discussion with
 7  Mr. Gorsky about what VIA Affiliates would be
 8  willing to do for Dr. Auteri to get Dr. Auteri
 9  on board to take the vax?
10              MR. DURHAM:  Objection.
11              THE WITNESS:  I don't recall
12       that I did.
13  BY MS. RUSSELL:
14       Q.   What did Mr. Gorsky mean by, what
15  will it take to get you on board to take the
16  vax?
17              MR. DURHAM:  Objection; lacks
18       foundation.  I don't think he's testified
19       that Mr. Gorsky said that.
20              THE WITNESS:  I believe --
21              MS. RUSSELL:  Stop coaching the
22       witness.
23  BY MS. RUSSELL:
24       Q.   Can you answer the question?
25              MR. DURHAM:  I'm not coaching.
```

```
                                                     Page 96
 1      You're mischaracterizing testimony and
 2      you're not laying a foundation.
 3              MS. RUSSELL:  You can make an
 4      objection to form.  Make an objection to
 5      form.  That's enough.
 6   BY MS. RUSSELL:
 7      Q.  Go ahead, Mr. Brexler, you can
 8   answer the question.
 9      A.  I cannot speak to what Mr. Gorsky
10   might have -- what he specifically intended in
11   that.  I know that in his conversation with
12   me, he referenced that he was looking for
13   anything that could help Joe feel better about
14   taking the vaccine and the safety of taking
15   the vaccine.
16      Q.  Who could tell me what Mr. Gorsky
17   meant by that?
18              MR. DURHAM:  Objection.
19              THE WITNESS:  You would have to
20      ask Mr. Gorsky.
21   BY MS. RUSSELL:
22      Q.  Now, the two calls that you
23   testified that you had with Mr. Gorsky, did
24   you report or tell anybody else about those
25   calls?
```

Page 106

```
 1      Q.   Did you tell Mr. Gorsky all of those
 2   other people's names who refused to take the
 3   vaccine and ask Mr. Gorsky to call them?
 4      A.   No, ma'am.
 5             MR. DURHAM:  Objection.
 6   BY MS. RUSSELL:
 7      Q.   So this was just specific to
 8   Dr. Auteri, that you asked Mr. Gorsky to pick
 9   up the phone and call Dr. Auteri and try to
10   get him to take the vax, correct?
11      A.   It was specific to Mr. Gorsky, who
12   Dr. Auteri and Mr. Gorsky knew each other very
13   well, were part of the development of the
14   Heart Center and was part of the funding
15   program, and was the head of the program that
16   invented the vaccine and the head of our
17   cardiac surgery program that was refusing at
18   that point to take the vaccine.  So it was a
19   very important call.  I felt that it was worth
20   calling Mr. Gorsky and asking if he would
21   be -- after I had asked Joe if he would be
22   open to talking to Mr. Gorsky, and he said he
23   would.  So I did it on follow-up of that
24   conversation with Dr. Auteri.
25      Q.   So it wasn't worth it to have
```

Page 107

```
 1   Mr. Gorsky call any of the other people who
 2   were refusing to take the vaccine; is that
 3   fair?
 4              MR. DURHAM:  Objection.
 5              THE WITNESS:  We have the
 6       highest paid, most prominent surgeon, and
 7       it felt like it was an appropriate issue
 8       to ask that he have that conversation
 9       with Dr. Auteri.  No, I would not have
10       Mr. Gorsky contact every employee in
11       Doylestown Health.
12   BY MS. RUSSELL:
13       Q.   Did I hear you to say that
14   Mr. Gorsky was a donor to the cardiac program
15   somehow?
16       A.   He was a donor --
17              MR. DURHAM:  Objection.
18              THE WITNESS:  He was a donor to
19       our One Vision Campaign, major donor,
20       which went to the cardiac -- to the whole
21       heart program.
22   BY MS. RUSSELL:
23       Q.   Major donor.  What do you mean by
24   that?
25       A.   Multiple millions of dollars.
```

```
                                              Page 108
 1      Q.   And so by the time that you were
 2   asking Mr. Gorsky to call Dr. Auteri, is it
 3   fair to say that Mr. Gorsky was already a,
 4   quote, major donor to the One Vision Campaign
 5   which funded the cardiac program?
 6             MR. DURHAM:  Objection.
 7             THE WITNESS:  Yes.
 8   BY MS. RUSSELL:
 9      Q.   Did VIA Affiliates, Doylestown
10   Hospital, or Doylestown Health offer
11   Dr. Auteri reinstatement at any time after
12   November 18, 2022?
13             MR. DURHAM:  Objection.
14             THE WITNESS:  Not to my
15        knowledge.
16   BY MS. RUSSELL:
17      Q.   As of January 2022, Doylestown
18   Health had implemented a testing program for
19   unvaccinated employees to be tested on a
20   regular basis, correct?
21             MR. DURHAM:  Objection.
22             THE WITNESS:  I'm not
23        specifically aware of that.  We probably
24        did, but I'm not -- I don't know
25        specifics about that.
```