IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH S. AUTERI, M.D., | : |
| Plaintiff, | : |
| v. | : |
| VIA AFFILIATES d/b/a DOYLESTOWN HEALTH PHYSICIANS, | : CIVIL ACTION NO. 2:22-cv-03384 |
| Defendant. | : |

**JOINT STIPULATED SCHEDULING ORDER**

AND NOW this 3rd day of April, 2025, upon consideration of the Parties' request for a continuance of trial in this matter, it is **ORDERED** that the request is **GRANTED**. The Second Amended Scheduling Order of April 1, 2025, is amended as follows:

1. A settlement conference with Magistrate Judge Lynne A. Sitarski will be scheduled at the request of Counsel.

2. Dispositive motions shall be filed no later than May 12, 2025. Responses to dispositive motions shall be filed no later than June 12, 2025. Any replies in further support of dispositive motions shall be filed no later than 21 days after the filing of the response to which it replies.

3. The Court will schedule trial to commence on a date certain no earlier than 60 days after the last date on which the Court issues a final ruling on any dispositive motion(s).

4. The Court will establish pretrial deadlines based on the trial commencement date.

DM2\21178066.2

5.      Counsel shall notify the Court promptly of any professional or personal conflict(s) affecting the trial schedule.

**BY THE COURT:**

s/ *R. Barclay Surrick*

**R. BARCLAY SURRICK, J.**