IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. AUTERI, M.D. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-3384 |
| | : | |
| VIA AFFILIATES, d/b/a | : | |
| DOYLESTOWN HEALTH PHYSICIANS | : | |

**ORDER**

**SURRICK, J.**                                                                                                                       **APRIL 11, 2025**

**AND NOW**, this 11th day of April, 2025, upon consideration of the Motion of Non-Party Alex Gorsky to Quash Subpoena and for a Protective Order (ECF No. 30), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** to the extent Alex Gorsky seeks to quash the subpoena Plaintiff previously attempted to serve on Alex Gorsky, and the subpoena is **QUASHED**. The Motion is **DENIED** to the extent Alex Gorsky seeks a protective order.

It is further **ORDERED** that Plaintiff shall be permitted 21 days from the issuance of this Order to conduct additional fact discovery that is limited to serving a compliant subpoena on Alex Gorsky and taking his deposition.[1]

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**

---

[1] Plaintiff and Alex Gorsky are encouraged to cooperate regarding a mutually agreeable date, time, and place for any such deposition.