### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. AUTERI, M.D. | : | |
|         Plaintiff, | : | No. 2:22-cv-03384 |
| | : | |
| v. | : | |
| | : | |
| VIA AFFILIATES, d/b/a | : | |
| DOYLESTOWN HEALTH | : | |
| PHYSICIANS | : | |
|         Defendant. | : | |

### ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter the appearance of the undersigned as counsel for Plaintiff Joseph S. Auteri, M.D. in the above matter.

        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

        **By:** */s/ Daniel Zachariah, Esquire*
            Daniel Zachariah, Esquire
            Attorneys for Plaintiff
            910 Harvest Drive, P.O. Box 3037
            Blue Bell, PA  19422-0765
            610-941-2555
            Fax 610-684-2030
            dzachariah@kaplaw.com

**Dated:** May 8, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. AUTERI, M.D. | : | |
| Plaintiff, | : | No. 2:22-cv-03384 |
| | : | |
| v. | : | |
| | : | |
| VIA AFFILIATES, d/b/a | : | |
| DOYLESTOWN HEALTH | : | |
| PHYSICIANS | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Entry of Appearance" was caused to be served via the Court's ECF Filing system by the undersigned on the date stated below, to the addressees stated below, and at the addresses stated below:

Christopher D. Durham, Esquire
Adam D. Brown, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103
cddurham@duanemorris.com
adbrown@daunemorris.com
Attorneys for Defendant

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:** */s/ Daniel Zachariah, Esquire*
Daniel Zachariah, Esquire
Attorneys for Plaintiff
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA  19422-0765
610-941-2555
Fax 610-684-2030
dzachariah@kaplaw.com

**Dated:** May 8, 2025