# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH S. AUTERI, M.D.** | : | |
| Plaintiff, | : | No. 22-cv-03384 |
| | : | |
| v. | : | |
| | : | |
| **VIA AFFILIATES, d/b/a** | : | JURY TRIAL DEMANDED |
| **DOYLESTOWN HEALTH** | : | |
| **PHYSICIANS** | : | |
| Defendant. | : | |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF DR. PETER MCCULLOUGH

Plaintiff Joseph S. Auteri, M.D. and Defendant VIA Affiliates, d/b/a Doylestown Health Physicians, by and through their undersigned counsel, hereby stipulate and agree that Plaintiff shall have an extension until June 12, 2025 to file a response to Defendant's pending "Motion to Exclude the Report and Testimony of Dr. Peter McCullough," which response was originally due on May 27, 2025.

| | |
|---|---|
| **KAPLIN STEWART MELOFF REITER & STEIN, P.C.** | **DUANE MORRIS, LLP** |
| **By:** */s/ Kimberly L. Russell, Esquire* | **By:** */s/ Christopher D. Durham, Esquire* |
| **KIMBERLY L. RUSSELL, ESQUIRE** | **CHRISTOPHER D. DURHAM, ESQUIRE** |
| **DANIEL M. ZACHARIAH, ESQUIRE** | **ADAM D. BROWN, ESQUIRE** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| Union Meeting Corporate Center | 30 South 17th Street |
| 910 Harvest Drive, PO Box 3037 | Philadelphia, PA 19103 |
| Blue Bell, PA 19422 | Telephone: (215) 979-1510/1813 |
| Telephone: (610) 941-2541 | Email: cddurham@duanemorris.com |
| Email: krussell@kaplaw.com | Email: abrown@duanemorris.com |
| Email: dzachariah@kaplaw.com | |

**SO ORDERED BY THE COURT** this _19th_ day of _May_, 2025.

**BY THE COURT:**

s/ *R. Barclay Surrick*

_____
**R. BARCLAY SURRICK, J.**
