**EXHIBIT "2"**
**Amended Employment Agreement**

Amendment of Employment Agreement between VIA Affiliates, Inc. and Joseph S. Auteri, MD

The employment agreement between VIA Affiliates, Inc. and Joseph Auteri, MD effective April 2012, subsequently extended through April 2022 (as the result of Dr Auteri meeting quality criterion as stated in 9.1)(EXTENSION), and revised in February 2019 (agreement for Dr Auteri to increase days worked in exchange for increased compensation) (REVISION) is now further amended as follows:

- Item 1: All previous contract terms will remain unchanged from the original contract excepting for those items outlined above in the previously executed EXTENSION and REVISION

- Item 2: Compensation
  - Section 3.1 is revised such that the following compensation table will determine the salary for Joseph Auteri, MD:
    - REDACTED
    - REDACTED
    - REDACTED
  - REDACTED
  - Section 3.2 and 3.3 is eliminated from the agreement

- Item 3: Term
  - Section 9.1 of the existing document will be replaced with 9.1 as it appears directly below:

This Agreement shall take effect on January 1, 2020 and shall continue in effect for an initial term of five (5) years through and including December 31, 2024 (the "Term"), unless otherwise terminated as provided herein. Thereafter, this Agreement shall be renewed for one additional two (2) year period (an "Additional Term) provided neither party provides notice to terminate before June 30, 2024.

_____
Scott Levy, MD
Administrator VIA Affiliates

Date: 12/17/19
Date of
Ribbon Cutting

_____
Joseph Auteri, MD

Date: 12.17.2019