**EXHIBIT "4"**
**Suspension Letter**



**Doylestown Hospital**

October 11, 2021

Dr. Joseph Auteri
3007 Holicong Road
Doylestown, PA 18902

Dear Dr. Auteri,

On August 6, 2021, Doylestown Health System announced its decision to require COVID-19 vaccinations for all members of the Doylestown Health System family. The Medical Executive Committee voted to endorse this same requirement for all Medical Staff members and Advanced Practice Professionals.

Your compliance with the Doylestown Hospital Medical Staff vaccination requirement was due by today, October 11, 2021. As we have not received your proof of vaccination, you are being placed on a 30 day precautionary suspension from the medical staff, effective at midnight tonight. This form of suspension is not reportable to the Data Bank.

If you do not send Doylestown Hospital proof of your receipt of a COVID vaccination by Wednesday November 10th, before 5:00 p.m., the Medical Staff will accept that you have voluntarily resigned your privileges and Medical Staff membership at Doylestown Hospital, effective November 10th, 2021.

We sincerely hope that you will forward your proof of vaccination and avoid separation from the Doylestown Hospital Medical Staff.

*Brenda Foley, M.D.*

Brenda Foley, MD
Medical Staff President
Doylestown Hospital