**EXHIBIT "9"**
**November 18, 2021 Letter**



**Doylestown Hospital**

**VIA Affiliates d/b/a**
**Doylestown Health Physicians**

John B. Reiss, Ph.D., J.D.
Vice President, General Counsel
Chief Compliance Officer

November 18, 2021

**CERTIFIED MAIL: RETURN RECEIPT REQUESTED**

Joseph F. Auteri, M.D.
3007 Holicong Road
Doylestown, PA 18902

RE: Termination of 4/13/2012 Employment Agreement, as amended ("Agreement")

Dear Dr. Auteri:

By letter dated October 11, 2021, Dr. Brenda Foley, President of the Doylestown Hospital Medical Staff ("Medical Staff"), notified you that you were being placed on a 30 day precautionary suspension from the Medical Staff for failure to obtain a Covid 19 vaccination. In that letter, Dr. Foley stated:

> "[i]f you do not send Doylestown Hospital proof of your receipt of a COVID vaccination by Wednesday, November 10th, before 5:00 p.m., the Medical Staff will accept that you have voluntarily resigned your privileges and Medical Staff membership at Doylestown Hospital, effective November 10th, 2021."

Doylestown Hospital received no notice that you were vaccinated for COVID as of 5:00 pm on November 10th, 2021. Accordingly, by letter dated November 11, 2021, Doylestown Hospital Medical Staff informed you that the Medical Staff recognized that you had chosen to voluntarily resign from your Medical Staff membership and your privileges, and that your action would be reported to the Board of Trustees of the Hospital at its meeting on November 18, 2021.

At the Doylestown Hospital Board of Trustees meeting on November 18, 2021, the Board of Trustees accepted the report of the President of the Medical Staff that you resigned from your Medical Staff membership and your surgical privileges, which provides grounds for immediate termination of the Agreement and your employment for cause pursuant to Section 9.2.2.3 of the Agreement.

Furthermore, you breached Sections 2.1.8 and 2.1.9 of the Agreement by not remaining a member in good standing of the Medical Staff and not conducting your medical practice in conformity with all policies, rules and regulations of VIA Affiliates d/b/a Doylestown Health Physicians ("VIAA") and Doylestown Hospital (specifically, the COVID-19 vaccination requirement). You were provided notice of these breaches more than 30 days ago, and you have not cured such breaches as of the date of this letter. Accordingly, in addition to termination for cause pursuant to Section 9.2.2.3 of the Agreement, cause exists for termination of the Agreement and your employment pursuant to Section 9.2.2.9 of the Agreement.

Doylestown Hospital    Doylestown Health Physicians    Doylestown Home Health & Hospice    Pine Run Retirement Community
595 West State Street    Doylestown, PA 18901    p: 215.345.2212    w: DoylestownHealth.org

P000733

Joseph F. Auteri, M.D.
November 18, 2021
Page 2

Consequently, on behalf of VIA Affiliates d/b/a Doylestown Health Physicians, I am notifying you that your Employment Agreement, and your employment, are terminated for cause, effective immediately.

Please note that neither of these reasons for termination require the Hospital to make a report to the National Practitioner Data Bank.

Yours sincerely,

John B. Reiss, Ph.D., J.D.
Vice President, General Counsel, Chief Compliance Officer

cc:  James L. Brexler, FACHE, President and Chief Executive Officer
     Scott Levy, M.D., Vice President and CMO
     Barbara Hebel, Vice President and Chief Human Resources Officer
     Brenda Foley, M.D., President, Doylestown Hospital Medical Staff
     Kimberly L. Russell, Esq., Kaplin Stewart: certified mail, RRR