**EXHIBIT "11"**
**Documents Produced by Defendant Doylestown Health**

# COVID-19 Vaccines FAQ's

*For the most up-to-date and detailed information, see* [ HYPERLINK "https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html" ]

This document includes FAQ on the following topics:

- General information about the vaccines
- COVID-19 Infection, exposure, or testing and the vaccine
- Vaccination in Special Populations
- Administration with other vaccines
- Allergies and the vaccine

**Key points**

COVID-19 vaccination is recommended for everyone 12 years and older for the prevention of coronavirus disease 2019 (COVID-19) in the United States. The Advisory Committee on Immunization Practices (ACIP) has issued interim recommendations for the use of:

- Pfizer-BioNTech COVID-19 vaccine (in persons ages ≥12 years)
- Moderna COVID-19 vaccine (in persons ages ≥18 years)
- Janssen (Johnson & Johnson) COVID-19 vaccine (in persons ages ≥18 years)

## General information about the COVID-19 vaccines

- **How do the vaccines work?**
  - mRNA Vaccines (Pfizer and Moderna)
    - Two COVID-19 vaccines use messenger RNA (mRNA), which is a set of instructions that tells a cell to make a specific protein. For SARS-CoV-2 (COVID-19), this is the spike protein that is found on the surface of the viral envelope. The mRNA used in the vaccines <u>do not</u> enter the cell's nucleus and has no interaction with a cell's DNA. It is also <u>not a virus</u> and cannot replicate itself. The mRNA is <u>rapidly broken down</u> by the cell once the instructions have been transmitted, so it does not cause mutations or cellular defects, and has not been associated with infertility. Although these are the first mRNA vaccines to be broadly tested and used in clinical practice, scientists have been working on mRNA therapies for 30 years and US government provided significant grants in support mRNA vaccine research (ex. $25 million to Moderna in 2013 for mRNA flu vaccine).
  - Adenovirus COVID-19 Vaccines (J&J)
    - This vaccine uses modified adenovirus that contains DNA for the spike protein. The adenovirus is able to enter a cell and cause the spike protein to be made. Adenoviruses are a source of the common cold, <u>but this particular virus cannot</u> replicate so it will not cause disease. Once the spike protein is made, it is put on the surface of the cell, where it is seen by the immune cells and causes them to become activated and respond. The result is the production of neutralizing antibodies.


# Doylestown Health

## Reif Heart Institute

*Received 10/11/2021*
*hand delivered (BH)*

October 6, 2021

**Cardiothoracic Surgery**

**Joseph S. Auteri, MD, FACS**
*Medical Director, Heart Institute*
*Chief, Cardiac Surgery*

**James B. McClurken, MD, FACS**
*Chief, Thoracic Surgery*

**Anthony Pack, PA–C**
*Chief Physician Assistant*

**Aimee Juliana, PA–C**
*Physician Assistant*

**Melanie Rolla, PA–C**
*Physician Assistant*

**Andrew Mayette, PA–C**
*Physician Assistant*

**Edward Boateng, PA–C**
*Physician Assistant*

**Tsilina Grinberg, PA–C**
*Physician Assistant*

**Kim Horgan**
*Practice Manager*

Ms. Barb Hebel
VP, Human Resources
Doylestown Health
595 West State Street
Doylestown PA 18901

Dear Ms. Hebel:

This letter is to request a religious exemption to Doylestown Hospital's Covid Vaccination Mandate. I have a personal, deeply held and sincere religious conviction against this vaccine mandate.

I have been at Doylestown Hospital since May 2007. As you know we have grown the program from 166 cardiac cases the calendar year before I arrived, to our record volume of 396 cardiac cases in 2019 before Covid hit. Our volume dipped last year during Covid, but is back up this year and we are currently on pace to perform over 400 cases in 2021, surpassing our previous high water mark in terms of cardiac volume, **making 2021 the highest volume of cardiac cases in the history of the program.** We have hired one Cardiac Surgeon and have another Cardiac Surgeon on the way next July to meet this increased volume.

In addition, before I arrived, we were performing less than 50 vascular cases per year, and our vascular volume has greatly increased, and is now consistently between 450 and 500 cases per year. In addition, we have hired the equivalent of 2.5 Vascular Surgeons to accommodate this tremendous growth in the Vascular volume.

During my time as Chief of Cardiovascular Surgery, we began a multidisciplinary TAVR program (Transcatheter Aortic Valve Replacement) and have now performed over 550 TAVRs **with only 2 deaths**, a mortality rate of less than 0.2%, when the expected mortality from a TAVR is 5-8% (putting our expected mortality at 27-44 deaths, again, we've had 2 deaths out of 550).

In addition to this, during my time as Chief we implemented a multidisciplinary Watchman Program, also a Lead Extraction Program, and more recently a Mitral Clip program, all of which have been very successful. I believe the entire administration has been very happy with the volume trajectory over the past 14 years.

In addition to all of this volume growth in the program, we are well on our way to achieving our very ambitious goal of raising $100 million dollars (currently sitting at $80.1 million raised) for our new Cardiac Wing in our 5-year capital campaign entitled One Vision-The Campaign for Doylestown Health, when the previous philanthropic high before I arrived raised $12 million for the ER expansion.

I have been recently contacted by a much larger hospital system in our region to ask if we could partner with them to create a new cardiac program at their facility and bring all of the tremendous success and quality outcomes that we have achieved at Doylestown to their area as well. (I immediately came to our administration, and we are currently working on this project). Just this past week, the Chief of Thoracic Surgery at a major University Hospital Program in our area reached out to me to see if we could partner with them on Thoracic (Lung) surgery. We have many exciting projects going on at Doylestown Health, and I am excited and proud to be part of them.

Confidential



## Reif Heart Institute

**Cardiothoracic Surgery**

**Joseph S. Auteri, MD, FACS**
*Medical Director, Heart Institute*
*Chief, Cardiac Surgery*

**James B. McClurken, MD, FACS**
*Chief, Thoracic Surgery*

**Anthony Pack, PA-C**
*Chief Physician Assistant*

**Aimee Juliana, PA-C**
*Physician Assistant*

**Melanie Rolla, PA-C**
*Physician Assistant*

**Andrew Mayette, PA-C**
*Physician Assistant*

**Edward Boateng, PA-C**
*Physician Assistant*

**Tsilina Grinberg, PA-C**
*Physician Assistant*

**Kim Horgan**
*Practice Manager*

As you no doubt remember, in the Fall of 2006 when I was offered the job of Director of the Heart Institute and Chief of Cardiovascular Surgery by Dr. Scott Levy, my response at that time was that my wife and I would enter a season of prayer and fasting to see where the Holy Spirit was leading us in taking this job. Ultimately we were led by the Spirit to take the job in Doylestown, and I have been very happy with that decision. I believe that God has blessed that obedience to His leading.

I have recently been through a similar season of prayer and fasting regarding the vaccine mandate. I am being led by the Holy Spirit to respectfully decline the Covid vaccine. I believe my body belongs to God and is the temple of his Holy Spirit. As it says in 1 Corinthians 6:19-20 "do you not know that your body is a temple of the Holy Spirit who is in you, whom you have from God, and that you are not your own? For you have been bought with a price: therefore glorify God in your body." I believe that for me to ingest this vaccine is a violation of the Holy Spirit's leading, and therefore would be sin.

When considering whether to obey all the various laws of mankind or not to obey them relies on whether or not those same laws would cause me to disobey my understanding of God's Word if I were to follow Man's rules. In a situation where, in order to obey Man's rules or laws I would have to disobey God's Word, I must obey God and His Word. Therefore I am unable to submit to this vaccine mandate imposed by Doylestown Hospital.

To deny the clear leading of the Spirit would be sinful on my part, and I have no desire to do that. I have a peace about this decision, which I believe the Holy Spirit gives when one is being led by the Spirit.

Title VII of the Civil Rights Act of 1964 says that by law, reasonable accommodation should be given for someone with a personal, deeply held and sincere religious conviction, and I look forward to accepting your reasonable accommodation so that we can together continue this wonderful work we are doing at Doylestown Health.

Sincerely,

Joseph S. Auteri, MD

Confidential



    

The information contained in this email, and any documents attached to it, are CONFIDENTIAL. If you received this email in error, and are not the intended recipient, you are hereby notified that any review, disclosure, copying, or distribution is STRICTLY PROHIBITED. Health care and financial information is personal and sensitive and should only be read by authorized individuals. Failure to maintain confidentiality is subject to penalties under state and federal law. If you received this transmission in error, please immediately notify the sender by telephone or email, and delete any messages or attachments from your computer.

---

**From:** McEnrue, Bridget <BMcEnrue@dh.org>
**Sent:** Wednesday, July 28, 2021 11:15 AM
**To:** Stover, Patti <PStover@dh.org>
**Subject:** vaccine exemptions

Religious:
Pfizer and Moderna  do not use voluntarily aborted fetuses to manufacture vaccine thus making it OK for those associates of the Catholic religion to receive.

https://www.huffpost.com/entry/heres-where-major-religions-actually-stand-on-vaccines_n_58dc3ef0e4b08194e3b71fc4
link above to an interesting article on different religious view points and where they stand with receiving vaccines. Very few are in objection.

Allergic reaction to previous vaccines
Any person with an immediate allergic reaction to any other vaccine or injectable therapy:
• <!--[if !supportLists]--><![endif]-->may defer vaccination and request consultation with an allergist
• <!--[if !supportLists]--><![endif]-->may receive vaccine and will remain in vaccine center for 30 minutes for observation

**Moving forward, I recommend we do not hire any associate who is no vaccinated or not willing to be vaccinated.  As most hospitals have mandated the COVID-19 vaccine, there is a chance they are looking for a hospital who doesn't require and can come with additional issues.**

**From:** "Levy MD, Scott" <SLevy@dh.org>
**Date:** August 1, 2021 at 3:59:49 PM EDT
**To:** "Brexler, James" <JBrexler@dh.org>, "Hebel, Barbara" <BHebel@dh.org>, "Putnam, Sheri" <SPutnam@dh.org>, "Mitchell, John" <JMitchell@dh.org>, "Edelson, Adam" <AEdelson@dh.org>, "Stover, Patti" <PStover@dh.org>, Betsy Seeber <bseeber@dh.org>
**Subject: Vaccine**


My perspective.

DH should be moving forward and adding Covid vaccine to list of vaccines required for employment (list now includes flu, hep, etc)-appropriate exemption for religious or medical requires 2x weekly testing)
Those without exemption cannot continue employment.
Should include all DH associates including PR, VIAA.
Also should include all students, vendors, and physicians with clinical privileges to do work at DH (regardless of employed or not)

If this is what we decide, Med Staff Leaders would be moving immediately and anticipate their requiring vaccine for those Med staff members not included in above paragraph(e.g.-independent doc's who only work in their office without clinical privileges).

The collaborative approach would be most powerful.
As an aside RADAR group unanimously and strongly supports this position re requiring vaccine.

For discussion Monday

Scott Levy, MD
VP-CMO
Doylestown Hospital
215-345-2010

The information contained in this email and any documents or previous e-mail messages attached to it, are CONFIDENTIAL. If you received this email in error, and are not the intended recipient, you are hereby notified that any review, disclosure, copying, or distribution is STRICTLY PROHIBITED. Health care information is personal and sensitive and should only be read by authorized individuals. Failure to maintain confidentiality is subject to penalties under state and federal law.  If you have received this transmission in error, please immediately notify me by forwarding this e-mail to slevy@dh.org, or by telephone at (215) 345-2010 and then permanently delete the message and its attachments from your computer, and shred any copies or printouts

Message

**From**: SLevy@dh.org [SLevy@dh.org]
**Sent**: 8/4/2021 2:49:33 AM
**To**: BMcEnrue@dh.org
**Subject**: Re: Please share your thoughts.

Sorry I missed this earlier
Looks great!
How about one additional sentence and minor addition
See below

Scott Levy, MD
VP-CMO
Doylestown Hospital
215-345-2010

The information contained in this email and any documents or previous e-mail messages attached to it, are CONFIDENTIAL. If you received this email in error, and are not the intended recipient, you are hereby notified that any review, disclosure, copying, or distribution is STRICTLY PROHIBITED. Health care information is personal and sensitive and should only be read by authorized individuals. Failure to maintain confidentiality is subject to penalties under state and federal law.  If you have received this transmission in error, please immediately notify me by forwarding this e-mail to slevy@dh.org, or by telephone at (215) 345-2010 and then permanently delete the message and its attachments from your computer, and shred any copies or printouts

On Aug 3, 2021, at 1:58 PM, McEnrue, Bridget <BMcEnrue@dh.org> wrote:

Buck's County has been added to the list of places with substantial increase in cases of COVID-19.
75% of all new cases are now  the Delta variant, and recent evidence and a CDC report suggest that fully vaccinated people infected with the Delta variant can manifest mild or no symptoms and yet contribute to transmission of the virus.  As a result, Doylestown Health will be making some changes to requirements regarding wearing of masks for associates.

➤       <!--[if !supportLists]--><![endif]-->All associates, regardless of vaccination status, will be required to wear masks while at work
➤       <!--[if !supportLists]--><![endif]-->This includes nonclinical areas where 6' distance can not be obtained between associates
➤       <!--[if !supportLists]--><![endif]-->Decrease conference room attendance to 25% of room capacity
➤       <!--[if !supportLists]--><![endif]-->Social distance (6') in breakrooms and cafeteria where removing masks for eating

With at least 63% of eligible Bucks County residents with one dose of vaccine, we expect the increase in COVID-19 cases to be short lived.  As a decrease in cases are identified, and Buck's County is removed from the substantial increase in cases list, the masking mandates will be re-evaluated.

**If you agree, I will send to Beth Long to put in the updated incident command.**
**Thanks.**

Message

---

**From:** SLevy@dh.org [SLevy@dh.org]
**Sent:** 8/5/2021 7:25:03 PM
**To:** JFerry@gvh.org
**Subject:** Re: Vaccine -FYI

Prior disease does not eliminate need for vaccine; we will accept appropriate religious or medical exemptions- don't know of any however

Scott Levy, MD
VP-CMO
Doylestown Hospital
215-345-2010

The information contained in this email and any documents or previous e-mail messages attached to it, are CONFIDENTIAL. If you received this email in error, and are not the intended recipient, you are hereby notified that any review, disclosure, copying, or distribution is STRICTLY PROHIBITED. Health care information is personal and sensitive and should only be read by authorized individuals. Failure to maintain confidentiality is subject to penalties under state and federal law. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to slevy@dh.org, or by telephone at (215) 345-2010 and then permanently delete the message and its attachments from your computer, and shred any copies or printouts

On Aug 5, 2021, at 12:48 PM, Ferry, Jane <JFerry@gvh.org> wrote:

This email originated from OUTSIDE of the organization. Do not click links or open attachments unless you recognize the sender and the message. THINK BEFORE YOU CLICK OR REPLY.

Do you have a medical exemption list? How about if someone has had documented Covid in the past or has antibodies?

Jane A. Ferry, MD
VP, Chief Medical Officer
Medical Administration
jferry@gvh.org
700 Lawn Avenue, Sellersville, PA 18960
Phone: 215-453-4200 Fax: 215-453-4448

-----Original Message-----
From: Levy MD, Scott <SLevy@dh.org>
Sent: Thursday, August 05, 2021 1:21 PM
To: Ferry, Jane <JFerry@gvh.org>
Subject: Vaccine -FYI

(((STOP. Read. THINK. This is an External E-mail)))

Message

**From:** SLevy@dh.org [SLevy@dh.org]
**Sent:** 8/9/2021 12:31:57 PM
**To:** BMcEnrue@dh.org; MWhelan@dh.org; PStover@dh.org
**CC:** BHebel@dh.org
**Subject:** RE: vaccine

I know I will be involved in these reviews; however would like to be aware of any case in which it is thought the justification is appropriate.
  Obviously, we need be VERY careful re being consistent and not establishing precedents unless warranted.
The folks I know who are very knowledgeable in this space (both within our organization and beyond) have yet to see a valid request

Scott Levy, MD
VP-CMO
Doylestown Hospital
215-345-2010



**From:** McEnrue, Bridget <BMcEnrue@dh.org>
**Sent:** Monday, August 9, 2021 8:28 AM
**To:** Levy MD, Scott <SLevy@dh.org>; Whelan, Marjorie <MWhelan@dh.org>; Stover, Patti <PStover@dh.org>
**Cc:** Hebel, Barbara <BHebel@dh.org>
**Subject:** RE: vaccine

I agree.  I recommend we are very careful with the Religious belief.  Did research and confirmed the Pope, head of the Roman Catholic Church, received his vaccine in January 2021. To me this says the Catholic church may not endorse but is not against.
Also, do you all agree a documentation from physician and/or religious lead is needed to even have the declination looked at??
Thanks.

**From:** Levy MD, Scott <SLevy@dh.org>
**Sent:** Monday, August 9, 2021 8:22 AM
**To:** Whelan, Marjorie <MWhelan@dh.org>; Stover, Patti <PStover@dh.org>; McEnrue, Bridget <BMcEnrue@dh.org>
**Cc:** Hebel, Barbara <BHebel@dh.org>
**Subject:** RE: vaccine

I will be very surprised to find a legitimate declination given between the available vaccines, there is essentially a safe vaccine for all

Scott Levy, MD
VP-CMO
Doylestown Hospital
215-345-2010

D0001214

Message

---

**From**: BHebel@dh.org [BHebel@dh.org]
**Sent**: 8/9/2021 1:03:49 PM
**To**: SLevy@dh.org; BMcEnrue@dh.org; MWhelan@dh.org; PStover@dh.org
**Subject**: RE: vaccine

Not to worry – we will review each and every one and appropriate document from either the physician or the religious doctrine must be provided.

---

**From:** Levy MD, Scott <SLevy@dh.org>
**Sent:** Monday, August 9, 2021 8:30 AM
**To:** McEnrue, Bridget <BMcEnrue@dh.org>; Whelan, Marjorie <MWhelan@dh.org>; Stover, Patti <PStover@dh.org>
**Cc:** Hebel, Barbara <BHebel@dh.org>
**Subject:** RE: vaccine

I am not aware of any religious justifications to date
Will review each individually, however a note from a physician or religious person is in itself not adequate unless the justification is merited

Scott Levy, MD
VP-CMO
Doylestown Hospital
215-345-2010



---

**From:** McEnrue, Bridget <BMcEnrue@dh.org>
**Sent:** Monday, August 9, 2021 8:28 AM
**To:** Levy MD, Scott <SLevy@dh.org>; Whelan, Marjorie <MWhelan@dh.org>; Stover, Patti <PStover@dh.org>
**Cc:** Hebel, Barbara <BHebel@dh.org>
**Subject:** RE: vaccine

I agree.  I recommend we are very careful with the Religious belief.  Did research and confirmed the Pope, head of the Roman Catholic Church, received his vaccine in January 2021.  To me this says the Catholic church may not endorse but is not against.
Also, do you all agree a documentation from physician and/or religious lead is needed to even have the declination looked at??
Thanks.

---

**From:** Levy MD, Scott <SLevy@dh.org>
**Sent:** Monday, August 9, 2021 8:22 AM
**To:** Whelan, Marjorie <MWhelan@dh.org>; Stover, Patti <PStover@dh.org>; McEnrue, Bridget <BMcEnrue@dh.org>
**Cc:** Hebel, Barbara <BHebel@dh.org>
**Subject:** RE: vaccine

I will be very surprised to find a legitimate declination given between the available vaccines, there is essentially a safe vaccine for all

Scott Levy, MD

---

Confidential



# Doylestown Health

## DOYLESTOWN HOSPITAL

### APPLICATION FOR RELIGIOUS EXEMPTION FOR COVID-19 VACCINE

Doylestown Health requires COVID-19 vaccination for all of its team members, medical staff members, and contract and vendor staff. For decades, COVID-19 vaccination has been recommended for healthcare workers because vaccines have been shown to be effective in reducing the incidence of COVID-19 in inpatient and community populations. COVID-19 vaccination has also been recommended in pregnancy by the American College of Obstetricians and Gynecologists Centers to protect pregnant women and to protect the baby after it is born. Further, the requirement for COVID-19 vaccine has been noted as a best practice and is on that many peer institutions have implemented.  Our goal is to prevent the COVID-19 for our patients, as well as our team members and their family members, and we have determined that mandating COVID-19 vaccine is essential to this effort. If your religious belief or practices conflict with the COVID-19 vaccination requirement, please provide the following information so that we may evaluate your request for an exemption.

**Associate to complete the following information:**

Name (Last, First)_____Job Title: _____

Associate Number:_____    Department:_____

Best Phone Number: _____

Please submit your completed for to Occupational Health Department. All information required must be provided and all questions must be answered in order for your application to be considered. Information will be kept confidential. If your application is approved, it will be recorded for 2020/2021 COVID-19 Season only.

Should your exemption application be approved and should the prevalence of COVID-19 within the community rise to a concerning level, Infection Prevention, Occupational Health and the Chief Medical Officer, may institute additional control to limit the spread. Such controls may include the wearing of a face mask or work reassignment.

**Section A: To be completed by those who received an approved religious exemption last year from Doylestown Hospital**
□ I was approved for a religious exemption last year and certify that my beliefs have not changed since that time. (If you check this box, proceed to Section D)

**Section B: To be completed by all others seeking a religious exemption**
Do you provide direct patient care? □ Yes□ No

Do you work in an area where patient care is provided?        □ Yes □ No Do
you have patient or visitor contact?             □ Yes □ No

D0001245

Do you provide a service to patients or visitors? (i.e., food service, therapy)    □ Yes    □ No

Do you understand that you will be asked to wear a mask from the time you enter the facility until you leave or be reassigned should the level of COVID-19 in the community/hospital warrant such additional infection control measures?  □ Yes    □ No

Do you understand that you will be asked to submit an application for religious exemption annually (having been approved for an exemption one year does not automatically mean your exemption will be approved another year?)   □ Yes □ No

**SECTION C: Description and documentation from your religious or spiritual leader of the  religion's doctrine supporting the religious beliefs that are contrary to the COVID-19 vaccine:**

Name of Religious Affiliation: _____

Name of Religious Leader:_____ Phone#: _ _ _ _ _ _ _

**SECTION D: My signature indicates that the information I am providing in completing this form accurately reflects my sincerely held religious beliefs.**

_____          _____

Signature of Associate                                        Date

| Designated for use only by Authorized Doylestown Health Personnel:            |
|-------------------------------------------------------------------------------|
| Religious Exemption approved on___/___/____       Signature:_____ |

Message

**From**:      SLevy@dh.org [SLevy@dh.org]
**Sent**:      8/17/2021 1:04:20 PM
**To**:         pglowka@doylestownsurgerycenter.com
**Subject**:   Fwd: COVID Vaccination documentation requirement

Med staff requirements

Scott Levy, MD
VP-CMO
Doylestown Hospital
215-345-2010

Begin forwarded message:

**From:** "Pernitsky, Elinor" <EPernitsky@dh.org>
**Date:** August 13, 2021 at 1:56:44 PM EDT
**To:** DH Physicians <DHPhysicians@dh.org>, DH Nurse Practitioners <DHNursePractitioners@dh.org>, DH Physician Assistants <DHPhysicianAssistants@dh.org>, DH Nurse Anesthetists <DHNurseAnesthetists@dh.org>
**Subject: COVID Vaccination documentation requirement**

The Doylestown Hospital Medical Staff requires proof of COVID 19 vaccination for all medical staff and advanced practice professionals, consistent with our policy for other vaccinations (e.g.-influenza).
*       <!--[if !supportLists]--><![endif]-->If you were vaccinated at a Doylestown Health location, you will not need to submit proof of vaccination, as we have the records on file.
*       <!--[if !supportLists]--><![endif]-->If you were vaccinated at another institution or venue, you are required to present your vaccination card in person to the medical staff office. If you have any questions regarding our hours of operation or logistics please call or email to coordinate with our office.

The hospital is offering additional vaccination clinics. For details and registration:
https://www.doylestownhealth.org/about/news/health-news-and-blog/information-on-coronavirus-covid-19?acc=covid19vaccine

For those who have not provided proof of vaccination by October 4th and thus not in compliance:
*       <!--[if !supportLists]--><![endif]-->October 4- Administrative suspension of clinical privileges.
*       <!--[if !supportLists]--><![endif]-->November 3-Voluntary resignation from the Medical Staff

Medical and religious exceptions requests should be submitted for Committee review and determination.  Please submit reason (justification) and supporting documentation by August 27, 2021

Ellie Pernitsky
Director, Medical Staff Services
Doylestown Hospital
215. 345. 2101 (phone)
215.345.2633 (fax)
epernitsky@dh.org

Message

**From**:      CRoussel@dh.org [CRoussel@dh.org]
**Sent**:      8/17/2021 2:03:26 PM
**To**:        BHebel@dh.org
**Subject**:   What does their church say

United Methodist Churches

https://www.umc.org/en/content/mission-opportunity-of-covid-19-vaccines

Though the COVID-19 vaccine has become more available, particularly in the United States, misinformation, mistrust and lack of access keep some communities at risk. The church, however, can be part of the solution.

"When you're protecting yourself with the vaccine, you're also protecting your community. When you're helping people who are without access to knowledge (about the vaccine) and without access to the vaccine, that's part of mission and part of loving your neighbor," says Kathleen Griffith, Global Health team lead and senior technical advisor at General Board of Global Ministries.

https://www.ncronline.org/news/coronavirus/catholics-have-no-grounds-claim-exemption-covid-vaccine-mandates

There is, however, no sufficient moral reason for Catholics to request such an exemption. Furthermore, as Pope Francis has affirmed, there may be a *moral obligation* to be vaccinated for COVID-19 unless one has a medical contraindication.

Such an obligation is fundamentally grounded in the Gospel's call for each of us to love our neighbor as we love ourselves (Mark 12:31). Insofar as loving oneself entails a moral obligation to use proportionate means to safeguard one's own life and health, Christians are called to love others by taking proportionate means to safeguard *their* lives and health. As St. Thomas Aquinas exhorts in his commentary on St. Paul's Second Letter to the Thessalonians:

Christine Roussel, PharmD, BCOP, BCSCP
Senior Executive Director
Pharmacy, Laboratory and Medical Research
Phone: (215) 345-2521
Fax: (215) 345-2433

**Doylestown Health**

Doylestown Hospital - 595 West State Street - Doylestown, PA 18901

Message
_____

**From**:        MManibo@dh.org [MManibo@dh.org]
**Sent**:        8/17/2021 6:23:27 PM
**To**:          BHebel@dh.org
**Subject**:     Covid Vaccine form for candidates
**Attachments**: Interview Covid Vaccine form.docx


Hey – Not sure if you were working on something but I think we need to inform candidates that we are interviewing that as of ¼ the vaccine is required.  The attached form is similar to the nicotine form that candidates sign prior to their interview.  Let me know what you think.

Thanks,
Melissa

*Melissa Manibo*

**Director of Corporate Talent Acquisition**
**Human Resources**
Email: mmanibo@dh.org
Phone: 215-345-2105
Fax: 215-345-2827

 Doylestown Health

Doylestown Hospital - 595 West State Street - Doylestown, PA 18901

# DOYLESTOWN HEALTH
# COVID-19 VACCINE

I acknowledge, understand and agree that as of October 4th, 2021 I am required to receive the COVID-19 Vaccination prior to my employment at Doylestown Hospital, Doylestown Health Physicians and Pine Run.

I acknowledge, understand and agree that if I decline the COVID-19 Vaccination, I will not be offered employment at Doylestown Hospital, Doylestown Health Physicians and Pine Run.

_____          _____

Print Name                                Date


_____          _____

Signature                                 Date


_____          _____

Human Resources Representative            Date


*If you require a medical or religious exemption please inform your Human Resources Representative to receive more information regarding the exemption approval process.

D0001420

Message

| | |
|---|---|
| **From**: | BHebel@dh.org [BHebel@dh.org] |
| **Sent**: | 8/17/2021 6:45:45 PM |
| **To**: | MManibo@dh.org |
| **Attachments**: | COVID-19 New Hire Document.docx |

*Barbara A Hebel*

Vice President and Chief Human Resources Officer
Doylestown Health System
595 West State Street
Doylestown, PA  18901
bhebel@dh.org
215-345-2688

D0001421

# DOYLESTOWN HEALTH
# COVID-19 VACCINE

I acknowledge, understand and agree that as of October 4th, 2021 I am required to receive at least one dose of the COVID-19 Vaccination prior to my employment at Doylestown Hospital, Doylestown Health Physicians or Pine Run Retirement Community.

I acknowledge, understand and agree that if I decline the COVID-19 Vaccination, I will not be offered continued employment at Doylestown Hospital, Doylestown Health Physicians or Pine Run Retirement Community.

_____     _____

Print Name                                              Date

_____     _____

Signature                                               Date

_____     _____

Human Resources Representative                          Date

D0001422

Message

**From**: MManibo@dh.org [MManibo@dh.org]
**Sent**: 8/17/2021 6:49:03 PM
**To**: BHebel@dh.org
**Subject**: RE: Covid Vaccine form for candidates

Ok.

**From:** Hebel, Barbara <BHebel@dh.org>
**Sent:** Tuesday, August 17, 2021 2:49 PM
**To:** Manibo, Melissa <MManibo@dh.org>
**Subject:** RE: Covid Vaccine form for candidates

I rewrote some things....   We are nto hiring anyone that won't get vaccine..... so I took out the exemption.
BUT yes

**From:** Manibo, Melissa <MManibo@dh.org>
**Sent:** Tuesday, August 17, 2021 2:46 PM
**To:** Hebel, Barbara <BHebel@dh.org>
**Subject:** RE: Covid Vaccine form for candidates

Ok once I fix.....are you good?  Do you want me to share with Pine Run?

**From:** Hebel, Barbara <BHebel@dh.org>
**Sent:** Tuesday, August 17, 2021 2:43 PM
**To:** Manibo, Melissa <MManibo@dh.org>
**Subject:** RE: Covid Vaccine form for candidates

10/4  n ot ¼...... but I agree – we will not hire anyone that is not vaccinated.

**From:** Manibo, Melissa <MManibo@dh.org>
**Sent:** Tuesday, August 17, 2021 2:23 PM
**To:** Hebel, Barbara <BHebel@dh.org>
**Subject:** Covid Vaccine form for candidates

Hey – Not sure if you were working on something but I think we need to inform candidates that we are interviewing that as of ¼ the vaccine is required.  The attached form is similar to the nicotine form that candidates sign prior to their interview.  Let me know what you think.

Thanks,
Melissa

*Melissa Manibo*

**Director of Corporate Talent Acquisition**
**Human Resources**
Email: mmanibo@dh.org
Phone: 215-345-2105
Fax: 215-345-2827

## Town Hall Format and FAQ for 8.19.21

- **Go over the exemption process**
  - May apply for medical or religious exception. Please include a note from your physician or clergy of why you should not receive.  All exceptions will be reviewed by a multidisciplinary panel with approval or denial notification directly to the associate.
  - What requirements are in place for those that qualify (n95 masking?) The associates who receive an exception from receiving the vaccine will be required to wear a procedure mask, covering nose and mouth, while on duty. Mask may be removed for breaks and meals.  Associates who have an exception may not eat with other associates regardless of the counterparts vaccine status.

**FAQ's**

**HR Questions**

- Why are we choosing to mandate the vaccine without FDA approval and how can we feel safe taking it without FDA approval
- Will DH have an authorized representative present to sign the assumption of liability agreement at the time of the vaccination.  No representative will be present to sign an assumption of liability agreement as one is not required for any vaccine or booster administered at DH.
- How is HR covering PTO or sick time from COVID? How is HR covering PTO or sick time from getting sick from the vaccine?
- Will vaccine reactions be reported to OSHA? All vaccine reactions are reported to the CDC.  This is the process for any vaccine reaction not just COVID-19 vaccines.
- I want to wait for the Novavax as I do not want mRNA. The vaccine should be out before the deadline. Is this acceptable?
- What is the best answer when non-vaccinated workers complain about their right and they shouldn't be forced to get a vaccine?  Best response is to listen to their concerns and make them feel like their concerns matter.  Direct them to the Pharmacy or Infection Prevention Department for additional information on the safety of the vaccine.

**Ongoing Vaccine Questions**

- Will there be an annual COVID19 vaccine requirement:
- When should I expect the booster:
- If the approval is given for a booster, will this be required for our job
- Should immune compromised employees be getting a booster? If so, should it be the same manufacturer
- Why should we be getting this vaccine if it only last 8 months

**Pertaining to Hospital/Community Changes**

D0001453

Message

**From**: SLevy@dh.org [SLevy@dh.org]
**Sent**: 8/23/2021 2:55:48 PM
**To**: SReinhardt@dh.org; BFoley@dh.org; NGeracimos@dh.org
**Subject**: RE: Religious and Medical Exemptions

Case/case
With the recent language by the catholic church, bishops, and Lady of Mount Carmel---
It is the moral obligation of Catholics to get vaccinated, and the church would not provide any letters supporting a religious waiver

Medical also challenging

We have review committees for both waivers at DH< would use them for med staff requests as well

Scott Levy, MD
VP-CMO
Doylestown Hospital
215-345-2010

 Doylestown Health

**From:** Reinhardt, Sean <SReinhardt@dh.org>
**Sent:** Monday, August 23, 2021 10:40 AM
**To:** Levy MD, Scott <SLevy@dh.org>; Foley, Brenda <BFoley@dh.org>; Geracimos, Nicole <NGeracimos@dh.org>
**Subject:** Religious and Medical Exemptions

How are we administering the religious and medical exemptions from the Medical Staff vaccine mandate?

Is there a policy? Case by case?

Is the DH policy available yet?

Sean

Message

| | |
|---|---|
| **From**: | SLevy@dh.org [SLevy@dh.org] |
| **Sent**: | 8/23/2021 3:38:51 PM |
| **To**: | SReinhardt@dh.org |
| **CC**: | BFoley@dh.org; NGeracimos@dh.org |
| **Subject**: | RE: Religious and Medical Exemptions |

We require the head of the church/ministry/ etc to provide documentation as to why vaccine is prohibited/forbidden by the church in question
To date we have received "0"
Personal preference is not adequate and a church saying an individual should have the right to choose is not adequate

Scott Levy, MD
VP-CMO
Doylestown Hospital
215-345-2010

 Doylestown Health

**From:** Reinhardt, Sean <SReinhardt@dh.org>
**Sent:** Monday, August 23, 2021 11:31 AM
**To:** Levy MD, Scott <SLevy@dh.org>
**Cc:** Foley, Brenda <BFoley@dh.org>; Geracimos, Nicole <NGeracimos@dh.org>
**Subject:** Re: Religious and Medical Exemptions

Unfortunately, that is just the Catholic Church. Only 1/3 of Christians in the US are catholic.

The remaining 2/3 of Christians are Protestants. By design, they are beyond the reach of the Pope and his bishops/churches.

A *born again Christian*, for example, is likely to be Protestant. A core tenet of a Protestantism is that the Pope has no jurisdiction.

Sean