**EXHIBIT "13"**
**Deposition Transcript of Lauren Wortman taken on February 6, 2025**

Page 1

```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA


                        - - -



JOSEPH AUTERI, M.D.,        :
                            :
     Plaintiff              :
                            :
     vs.                    : No. 22-cv-03384
                            :
VIA AFFILIATES d/b/a        :
DOYLESTOWN HEALTH           :
PHYSICIANS                  :
                            :
     Defendant              :

                        - - -
```

Oral deposition of LAURA K. WORTMAN taken pursuant to notice at the law offices of Kaplin Stewart, 910 Harvest Drive, Suite 200, on Thursday, February 6, 2025, commencing at 11:58 a.m. Eastern, before Joanne Rose, Registered Merit Reporter and Notary Public.

Page 104

```
 1  to the mandate?
 2  A.     I do not.
 3  Q.     Did you participate in any discussions about
 4  specific accommodations that could be made as a
 5  result of exemption requests to the mandate?
 6              MS. BASSANI:  Objection to form.  You
 7  can answer.
 8              THE WITNESS:  Can you ask me that
 9  again?
10  BY MS. RUSSELL:
11  Q.     Sure.  Are you aware of or did you
12  participate in any discussions about any specific
13  accommodations that could be made as a result of an
14  exemption request that was made to the mandate?
15              MS. BASSANI:  Objection to form.  You
16  can answer.
17              THE WITNESS:  No.
18  BY MS. RUSSELL:
19  Q.     Are you aware that certain employees were
20  reassigned to different positions after they had
21  requested an exemption to the mandate?
22  A.     I was aware that that was something that was
23  offered.  So if they were on a unit that had cancer
24  patients, that they might be reassigned because
25  those are considered highly vulnerable patients.
```

Page 105

```
 1  Q.     When you say reassigned, to where were those
 2  people reassigned?
 3  A.     I believe if they were in direct patient
 4  care to less vulnerable patients.  And I don't know
 5  what was involved in making that determination.
 6  Q.     So if a patient-facing employee works
 7  with -- did you say heavy vulnerable?
 8  A.     Highly.
 9  Q.     Highly vulnerable patients.  And so if a
10  patient-facing person worked with highly vulnerable
11  patients and they requested an exemption and that
12  was granted, they were reassigned to work with less
13  vulnerable patients.
14              Is that correct?
15              MS. BASSANI:  Objection to the form.
16  You can answer.
17              THE WITNESS:  That's what I believe
18  the policy was.
19  BY MS. RUSSELL:
20  Q.     All right.  And so the person was still --
21  the staff member, to your understanding, was still
22  patient facing but somebody who wasn't as sick at
23  the time.  Is that fair?
24              MS. BASSANI:  Objection to form.  You
25  can answer.
```

```
                                                          Page 106
 1                  THE WITNESS:  Potentially, yes.  We
 2   looked at acuity levels, co-morbidities.
 3   BY MS. RUSSELL:
 4   Q.    Is it fair to say that the patients who were
 5   in the less vulnerable areas who were seen by a
 6   staff member who was unvaxed, they were still seen
 7   and could be treated by somebody who wasn't vaxed?
 8                  MS. BASSANI:  Objection to form.  You
 9   can answer.
10                  THE WITNESS:  I don't know -- for seen
11   and treated I don't know because I don't know what
12   that patient population was, but there could have
13   still been patient interactions with somebody who
14   was not vaxed who had the exemption, yes.
15   BY MS. RUSSELL:
16   Q.    And was the hospital concerned that the less
17   vulnerable patient could still get COVID?
18                  MS. BASSANI:  Objection to form.  You
19   can answer.
20                  THE WITNESS:  I don't know.  I know
21   that just from everything we learned in COVID, some
22   people were at higher risk for complications and
23   dying.  So the hospital was trying to prevent that
24   from happening by lowering exposure to those
25   people.
```

Page 107

```
 1  BY MS. RUSSELL:
 2  Q.      So there were patient-facing staff members
 3  who were not vaxed, were still patient facing, but
 4  Doylestown made the assessment that the patients
 5  were less vulnerable and could be seen by unvaxed
 6  staff.
 7              Am I understanding that correctly?
 8              MS. BASSANI:  Objection to form.
 9              THE WITNESS:  That's what I believe
10  that accommodation looked like, yes.
11  BY MS. RUSSELL:
12  Q.      Did the hospital track data as to whether
13  any of those unvaxed staff members transmitted
14  COVID to patients?
15              MS. BASSANI:  Objection to form.  You
16  can answer if you know.
17              THE WITNESS:  The hospital did do
18  tracking so I would think they would have that
19  information.
20  BY MS. RUSSELL:
21  Q.      Do you know whether they have that
22  information about the transmission of COVID from
23  unvaxed staff members to patients?
24  A.      I know that we did tracing and tracking.  I
25  don't know if we have that information now and how
```