**EXHIBIT "16"**
**Deposition Transcript of Elinor Pernitsky taken on February 7, 2025**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JOSEPH S. AUTERI, M.D.    :  No. 22-cv-03384
         Plaintiff,       :
                          :
    vs.                   :
                          :
VIA AFFILIATES, d/b/a     :  JURY TRIAL
DOYLESTOWN HEALTH         :  DEMANDED
PHYSICIANS                :
         Defendant.       :
```

- - -

Friday, February 7, 2025

- - -

Deposition of ELINOR PERNITSKY, taken pursuant to notice, at the law offices of Kaplin Stewart Meloff Reiter & Stein, P.C., 910 Harvest Drive, Blue Bell, Pennsylvania, before Michele L. Murphy, a Registered Professional Reporter and Notary Public, on the above date, beginning at approximately 9:00 a.m.

- - -

Page 81

1     recall.
2     BY MS. RUSSELL:
3          Q.   Did you in fact report on
4     November 18th, 2021 to the Board of Trustees
5     at the hospital that Dr. Auteri did not
6     provide notice of vaccination and did no
7     longer have medical staff privileges at
8     Doylestown Hospital?  Did you report that?
9          A.   I did not.  I did not attend the
10    Board meetings.
11         Q.   So the letter says here that your
12    action will be reported.  Did anyone report
13    that?
14         A.   I wasn't at the meeting, so I don't
15    know.
16         Q.   Okay.  I will represent to you that
17    Dr. Auteri's employment was terminated on
18    November 18th, 2021.  Do you know how that
19    came to be?
20         A.   I do not.
21         Q.   Do you know who participated in the
22    decision to terminate Dr. Auteri's employment?
23         A.   I do not.
24         Q.   Did you have any discussion with
25    anyone at or about the time that you issued

Page 82

1  the letter in front of you terminating
2  Dr. Auteri's privileges, did you have any
3  discussion with anyone about how you could
4  accommodate Dr. Auteri's exemption request and
5  allow Dr. Auteri's medical staff privileges to
6  remain in place?
7      A.   I did not.
8      Q.   Why not?
9      A.   Why would I not have a conversation
10 about accommodation?
11     Q.   My question to you was, as you were
12 preparing this letter, did you have any
13 discussions with anyone about how Dr. Auteri
14 could be accommodated such that Dr. Auteri
15 could maintain his medical staff privileges at
16 Doylestown Hospital?
17     A.   I did not.
18     Q.   Why not?
19     A.   That would not be in the scope of my
20 role.
21     Q.   What was the scope of your role as
22 it related to terminating the medical staff
23 privileges of a physician at Doylestown
24 Health?
25     A.   I was following the process that had

Page 85

```
 1      letter talk about accommodations?  Is
 2      that what you're asking me?
 3  BY MS. RUSSELL:
 4      Q.   Yes.
 5      A.   I do not believe it did.
 6      Q.   And your letter doesn't talk about
 7  accommodations either?
 8      A.   That's true.
 9      Q.   So by your letter, you terminated
10  Dr. Auteri's medical staff privileges at
11  Doylestown Hospital effective immediately?
12           MR. BROWN:  Objection;
13      mischaracterizes prior testimony.
14  BY MS. RUSSELL:
15      Q.   Is that correct?  Was that the
16  substance of this letter?
17      A.   I sent the letter that -- yes.  I
18  sent the letter that terminates his
19  privileges, yes.
20      Q.   Okay.  So in terminating
21  Dr. Auteri's medical staff privileges at
22  Doylestown Hospital, did you take into
23  consideration Dr. Auteri's exemption request
24  and accommodations to the mandate?
25             MR. BROWN:  Objection;
```

Page 86

```
 1      mischaracterizes prior testimony.
 2              You can answer.
 3              THE WITNESS:  So I would say I
 4      did not, because I also told you that I
 5      had never seen these other documents
 6      before.
 7  BY MS. RUSSELL:
 8      Q.  As you were preparing to send this
 9  letter to Dr. Auteri, did you ever contact
10  Dr. Auteri and say, hey, what's going on?
11      A.  No.
12      Q.  Did you ever contact Dr. Auteri and
13  say, Dr. Auteri, I'm going to have to
14  terminate your medical staff privileges today?
15  Did you do that in form or substance with
16  Dr. Auteri?
17              MR. BROWN:  Objection;
18      argumentative.
19              THE WITNESS:  I did not.  I did
20      not have -- as I told you, I started
21      there in March.  I did not have a
22      relationship with Dr. Auteri that that
23      would be appropriate.  And none of his
24      requests came anywhere near me, so how
25      would I -- no, we did not have that kind
```