**EXHIBIT "17"**
**Deposition Transcript of John Reiss, Esquire taken on February 11, 2025**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

| | |
|---|---|
| JOSEPH AUTERI, M.D., | : |
| Plaintiff | : |
| vs. | : No. 22-cv-03384 |
| VIA AFFILIATES d/b/a DOYLESTOWN HEALTH PHYSICIANS | : |
| Defendant | : |

- - -

      Oral deposition of JOHN B. REISS, taken pursuant to notice at the law offices of Kaplin Stewart, 910 Harvest Drive, Suite 200, on Tuesday, February 11, 2025, commencing at 12:47 p.m. Eastern, before Joanne Rose, Registered Merit Reporter and Notary Public.

Page 17

1  you just testified?
2  A.    Mid 2021 when the hospital was developing
3  the COVID policies.
4  Q.    At any time before you drafted this letter
5  did you see or review any correspondence from
6  Dr. Auteri to the hospital about the COVID-19
7  vaccine mandate?
8  A.    Not that I recall.
9  Q.    And so, looking at the date of this letter
10 in front of you, the date of the letter appears to
11 be November 18th of 2021.
12              Do you see that?
13 A.    Yes.
14 Q.    So at any time in 2021 prior to the date of
15 this letter did you have any discussions with
16 Dr. Auteri about his contract?
17 A.    No.
18 Q.    At any time prior to the date of this
19 letter, November 18, 2021, did you have any
20 discussions with Dr. Auteri about any requests that
21 Dr. Auteri made to not have to get the vaccinations
22 for COVID-19?
23 A.    None.
24 Q.    I'm going to show you another document.
25 This document is two pages marked D151 and D152.

Page 22

```
 1  P718.
 2              So you don't believe you've seen this
 3  letter before today?
 4              MS. BASSANI:  Objection, asked and
 5  answered.
 6  BY MS. RUSSELL:
 7  Q.    You can answer, Mr. Reiss.
 8  A.    Not that I recall.
 9  Q.    Okay.  Is it fair to say then that you never
10  spoke with Dr. Auteri verbally over the phone or in
11  person about this letter?
12  A.    Could you repeat that?
13  Q.    Sure.  So then is it fair to say that you
14  never spoke to Dr. Auteri about this letter,
15  whether in person or over the phone?
16  A.    Yes.
17  Q.    Did you review this letter before you
18  prepared the termination letter?
19  A.    No.
20  Q.    Did you have any written communications with
21  Dr. Auteri about this letter, which begins at P713
22  before you prepared the termination letter?
23  A.    No.
24  Q.    To your recollection, did you ever receive a
25  copy of this letter from Dr. Auteri?
```

1  Q.     If you could, please direct your attention,
2  sir, to the second page of the letter, which is
3  P714, toward the bottom of page 2 and continuing on
4  to page 3.  So this is P714 over to 715.
5              Do you see there, sir, there's a
6  heading that says, "Dr. Auteri's Reasonable
7  Accommodation Request"?
8  A.     Yes.
9  Q.     Do you see that?  Okay.
10             Had you seen that portion of this
11 letter before you drafted the termination letter?
12 A.     No.
13 Q.     Did you address the specific request that
14 Dr. Auteri made in this section of the letter on
15 pages P714 and P715 in the termination letter?
16 A.     No.
17 Q.     On or after October 11th of 2021 did you
18 have any discussions with Dr. Auteri about any
19 specific accommodations which could be made for
20 Dr. Auteri to enable him to remain at Doylestown
21 Health?
22 A.     No.
23 Q.     On or after October 11th of 2021 did you
24 meet with Dr. Auteri, email him, or in any other
25 way communicate with Dr. Auteri about how

Page 25

```
 1  Doylestown Health could accommodate Dr. Auteri such
 2  that he could remain employed?
 3  A.    No.
 4  Q.    On or after October 11th of 2021 did you
 5  have any discussions, whether written or verbal,
 6  with Dr. Auteri about any specific measures that
 7  Dr. Auteri could take other than taking the vaccine
 8  in order to remain employed at Doylestown Health?
 9  A.    No.
10  Q.    The next document that I'm going to show you
11  begins at page P690 and goes through P692.
12            Please take a minute to familiarize
13  yourself with that document and then I'll ask you a
14  question about it.  You don't have to read it,
15  although you're welcome to do so.
16  A.    (Witness reviews document.)
17  Q.    Okay.  Can you tell me what this document is
18  that begins at P690?
19  A.    It appears to be a letter from Barbara Hebel
20  to Dr. Auteri explaining the hospital's position
21  with respect to his suspension and possible
22  ultimate termination if he doesn't cure within the
23  30-day period.
24  Q.    What's the date of the letter?
25  A.    October the 13th.
```

Page 56

```
 1  Dr. Auteri's religious exemption request after
 2  Dr. Auteri submitted that request on October 11th
 3  of 2021?")
 4  BY MS. RUSSELL:
 5  Q.     Next question then.
 6              Did you have or attempt to have any
 7  conversations or communications with Dr. Auteri
 8  about his exemption requests before you drafted the
 9  termination letter?
10  A.     No.
11  Q.     Do you know who Alex Gorsky is?
12  A.     Yes.
13  Q.     Who is he?
14  A.     He's the retired president of J&J who was at
15  one time a board member of the hospital board.
16  Q.     When was Mr. Gorsky a member of the hospital
17  board?
18  A.     I don't remember.
19  Q.     Was it during your employment?
20  A.     Yes.  At least part of it.
21  Q.     I'm sorry?
22  A.     At least part of it.
23  Q.     And, to your knowledge, is Mr. Gorsky's wife
24  on the board of the hospital?
25  A.     Yes.
```