**EXHIBIT "18"**
**Documents Produced by Plaintiff**

**Danielle M Gosciniak**



**From:** REDACTED
**Subject: Re: Question**
**Date:** January 27, 2022 at 12:19:40 PM EST
**To:** Joseph Auteri <auteri@cvsurgery.net>

Sorry for another email...there's more info...

They are done between 6 and 9am only. You get tested before or during work and leave. They will call you if you are positive within 30 to 60 minutes. They are using the antigen testing the same you can buy in the store (which evidently only checks for live virus). They were using PCR rapid tests (which evidently checks for any trace of the virus live or dead) but were getting a lot of positive tests from employees.

Sent from my iPhone

> On Jan 27, 2022, at 12:01 PM REDACTED wrote:
>
> Here's the response from REDACTED
>
> Yes, they do it here for us. It's behind the well bean cafe in the lobby. It was 2x per week but they just reduced it to 1x per week. It only takes 5 to 10 minutes and they will get the results within about 30 minutes.
>
> REDACTED
>
> Sent from my iPhone

On Jan 27, 2022, at 9:28 AM, Joseph Auteri <auteri@cvsurgery.net> wrote:

I'm being asked if you are aware of on-site testing for those with exemptions ?

Joe
*Joseph S. Auteri, MD*

2

**Danielle M Gosciniak**



**From:** REDACTED
**Subject: FW: Return to Work Day 5- Clarity re Mild Symptoms of Asymptomatic Disease**
**Date:** January 26, 2022 at 12:06:48 PM EST
**To:** '"Joseph Auteri'" <auteri@cvsurgery.net>

Hi,
I don't know if this is helpful or if you want these – the definition and guidelines change frequently. Most likely due to staffing issues they are letting people work with symptoms (mild). Again, allowing vaccinated people to work with mild symptoms (and you know people will not follow these rules if they need to work and don't want to lose sick time or PTO) versus not allowing unvaccinated to work at all – this makes no sense to me. Especially because it has been shown that the vaccinated transmit Covid just as much as the unvaccinated. I'm sure your lawyer is gathering peer reviewed studies.
There's another email from today I'll send.
REDACTED

**From:** REDACTED
**Sent:** Wednesday, January 26, 2022 11:53 AM
**To:** REDACTED
**Subject:** Fw: Return to Work Day 5- Clarity re Mild Symptoms of Asymptomatic Disease

**From:** Levy MD, Scott
**Sent:** Friday, January 7, 2022 2:15 PM
**To:** DH Associates; VIAA Associates
**Subject:** Return to Work Day 5- Clarity re Mild Symptoms of Asymptomatic Disease

Associates with a Diagnosis of Covid should return to work on the 5th day **after** diagnosis 9(without need for followup testing) if:

- o They have had an asymptomatic course or

1

P000247

- Are not acutely ill\* on day 4 after diagnosis

Associates who are still sick (i.e.-acutely ill) on day 4 after diagnosis will be instructed by Occ. Health to return for antigen testing on Day 7
Associates will then return to work on the first day that the antigen test is (-) or Day 10 after diagnosis; whichever is first
*<u>Acutely ill</u> defined-unable to physically work due to illness and/or significant respiratory symptoms (i.e.-persistent cough)
Residual "cold like symptoms" such as congestion, sniffles, mild malaise do not qualify as acutely ill
Please be well
Be careful
Thank you
scott
Scott Levy, MD
VP-CMO
Doylestown Hospital
215-345-2010



2

P000248

Dr. Auten,

Thank you for your generosity this Christmas and throughout the year. Spending time with family over the holidays tells one with gratitude and one of the things I am most grateful for is our family has completely embraced Covenant Church. Your spiritual guidance has led us to a wonderful place and I thought it was fitting to share this with you at Christmas. I wish you, Maria and the boys all the best for 2018.

Kristina

Thank you for dropping by the healing CDs. I listened to one last night and I recognized passages from psalm 139 which I chose for Casey's service.

I am grateful for our previous discussions about spirituality and religion which led us to Covenant Church. I can't help but wonder if those discussions were meant to be so that my family and I would have a place of refuge now - when we need it most.

With Gratitude,

Dr. Auteri,

Last year our family started on a new spiritual journey at Covenant Church which began when you and Maria invited us to join you for Easter service.

We are very grateful for that invitation, which led us to where we are now.

Happy Easter!

Kristina, Eric, Duncan, Andrew and Keira

So many eggs so little time!

(I thought this card was appropriate based on all the time Keira puts into making artistic delicate eggs.)



**From:** Levy MD, Scott [mailto:SLevy@dh.org]
**Sent:** Sunday, August 15, 2021 2:49 PM
**To:** Damsker, David C. <dcdamsker@buckscounty.org>
**Subject:** Re: School Guidance

Hope all is well

Given the plethora of recent data, changes in our understanding of delta, transmissibility, and ability of even the vaccinated to transmit live virus; I'd suggest this is a good opportunity for BC to reassess school masking recommendations.

Scott

Sent via iPhone
Scott Levy, MD
VP CMO
Doylestown Hospital
215-345-2010

**Danielle M Gosciniak**



**From:** Levy MD, Scott
**Sent:** Wednesday, January 26, 2022 11:46 AM
**To:** DH Physicians; DH Physician Assistants; DH Nurse Practitioners; DH Associates; VIAA Associates
**Subject:** Process for associate return to work following a positive test or symptoms of COVID

### Symptoms and testing positive:

- Day 0- date of symptoms or date of test, whichever is first

- Day 4- communications with occupational health

- Day 5- symptoms improved, return <u>without</u> testing

<u>NOTE</u>-This does not apply to any associate with fever or moderate symptoms preventing ability to work (fever of 100.4 or higher or severe symptoms such as severe headache, SOB).

- Day 8- If not able to return on Day 5 (see above) are antigen tested

1

P000302

- Day 9- Those testing positive on Day 8 return again for antigen testing

- Day 10- All return to work (unless acutely ill) WITHOUT testing

**<u>Asymptomatic test positive:</u>**

- Date of test is day 0

- Return to work on day 5

- If develop symptoms following positive test, notify Occupational Health for further instructions