**EXHIBIT "19"**
**Deposition Transcript of Dr. Joseph Auteri taken on January 31, 2025**

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                    -  -  -
 3     JOSEPH S. AUTERI, M.D.    : Civil Action
                      Plaintiff  : No. 2:22-cv-03384
 4                               :
 5              V.               :
                                 :
       VIA AFFILIATES, D/B/A     :
 6     DOYLESTOWN HEALTH         :
       PHYSICIANS               :
 7                   Defendant   :
 8                    -  -  -
 9                January 31, 2025
10                    -  -  -
11                  CONFIDENTIAL
12                    -  -  -
13          Video deposition of JOSEPH S. AUTERI,
14     MD, taken pursuant to notice, was conducted
15     at the law offices of DUANE MORRIS LLP, 30
16     South 17th Street, 12th Floor, Philadelphia,
17     Pennsylvania 19103, commencing at 9:55 a.m.,
18     on the above date, before Susan B. Berkowitz,
19     a Registered Professional Reporter and Notary
20     Public in the Commonwealth of Pennsylvania.
21                    -  -  -
22
23
24
```

JOSEPH S. AUTERI, MD

Page 46

1    is the educational history that is on this

2    CV also true, accurate and complete, at

3    least as it relates to your postsecondary

4    education?

5            A.    It relates to?

6            Q.    Your postsecondary education.

7            A.    So the Jefferson dates are

8    correct, and the Harvard dates are correct.

9            Does that answer your question?

10           Q.    Yes.   Thank you.

11           Since you graduated medical

12   school, have you always been a heart

13   surgeon?

14           A.    Since graduating medical school,

15   I had to do residency and Fellowship to

16   become a heart surgeon.   So that was the

17   eight or nine years at Columbia.   But since

18   I finished Columbia, I've always been a

19   cardiothoracic surgeon.

20           Q.    Thank you.

21           At your various jobs throughout

22   your career, have you been required to

23   receive an annual influenza vaccination?

24           A.    Not early on, but in more recent

JOSEPH S. AUTERI, MD

Page 47

```
 1   years, yes.
 2            Q.    Have you ever declined to
 3   receive a required influenza vaccination in
 4   connection with your employment?
 5            A.    I have.
 6            Q.    When did you decline to receive
 7   an influenza vaccination in connection with
 8   your employment?
 9            A.    Once word came out that mRNA
10   vaccines were included in the flu vaccine;
11   and, therefore, because of my religious
12   objection to mRNA vaccines, I declined the
13   flu vaccine since then.
14            Q.    And when was that?  When did you
15   -- when did you first decline a flu
16   vaccination?
17            A.    Once the COVID pandemic hit, and
18   it became clear that they were putting mRNA
19   mixed in with the flu vaccine.  So early-
20   2020s.  I don't recall if it was '21 or '22,
21   but certainly since then.
22            Q.    You said "they."  Who is "they"?
23            A.    I'm sorry.  Who's they?
24            Q.    You said --
```

JOSEPH S. AUTERI, MD

Page 115

1    as statistics surrounding the duration and

2    efficacy of those who had natural immunity

3    from a prior COVID-19 infection.

4              Did I read that correctly?

5         A.    You summarized it, but, yes,

6    pretty accurate.

7         Q.    How did I misread it?

8         A.    You didn't.  You just skimmed

9    over a whole bunch.

10        Q.    What data did you study

11   regarding the efficacy of the COVID-19

12   vaccines and the side effects, thereof?

13        A.    I believe I produced that data

14   in one of the -- I don't know if it was an

15   Interrogatory, or one of the documents that

16   we reviewed over this.

17        Q.    Other than the documents you've

18   produced in this case to date, did you study

19   any data regarding the efficacy of the

20   COVID-19 vaccines and the side effects,

21   thereof?

22        A.    There was a lot of data that was

23   coming out from the very beginning of COVID,

24   from other countries, the data from Israel,

JOSEPH S. AUTERI, MD

Page 116

1    the United Kingdom, and Australia.  Based on

2    them being an island country, or -- or group

3    of countries, allowed them to have very --

4    more precise data because they had a

5    captured population, if you will.  And some

6    of that data suggested that there were

7    issues with side effects from the COVID-19

8    shots.  The myocarditis was a clear, early

9    one.  Guillain-Barre was another early one.

10                And, so, yes, I did review data,

11   as was my role as a member in the Medical

12   Executive Committee to do that.  They were

13   paying me to do that.  That was part of my

14   job.

15        Q.   And you mentioned like

16   myocarditis and Guillain -- Guillain --

17   Guillain-Barre, Guillain-Barre, however you

18   say it.  I apologize.  But I'm asking about

19   the efficacy of the COVID-19 vaccines.

20             A.   There was --

21             MS. RUSSELL:  Objection.

22             THE WITNESS:  Sorry.

23   BY MR. DURHAM:

24             Q.   So have you -- other than the

JOSEPH S. AUTERI, MD

Page 117

1    documents that you've produced in this
2    litigation to date, did you study any data
3    regarding the efficacy of the COVID-19
4    vaccines?
5            MS. RUSSELL:  Objection.
6            You can answer.
7            THE WITNESS:  Yes.  There was
8        lots of data coming out saying the
9        -- the vaxed population had no less
10       of a rate of infection post-vax than
11       the unvaxed population.
12           Those data were coming out
13       sometimes by state, within the
14       United States; other times by
15       country, elsewhere.  And, yes, I
16       looked at that as well, in my role
17       as member of the Medical Executive
18       Committee.
19   BY MR. DURHAM:
20       Q.   And so just -- you just
21   referenced state-level data regarding
22   infection rates and vaccinated -- COVID-19
23   infection rates and vaccinated versus
24   unvaccinated people.

JOSEPH S. AUTERI, MD

Page 119

1           A.    Is that a no to what?  Did I

2     study anything else?  I studied everything I

3     could get my hands on, in my role as the

4     Medical Executive Committee member to

5     adequately advise, to appropriately advise

6     Medical Executive Committee, from my

7     standpoint, hey, guys, this is what I'm

8     seeing, this is what I'm hearing, this is

9     what I'm reading.

10           Does that answer your question?

11           Q.    I'm just trying to get an

12     understanding of what you looked at.

13           A.    I think I just told you what I

14     looked at.

15           Q.    So other than what you've

16     testified to today, and the documents you've

17     produced in this litigation, did you study

18     any other data relating to the efficacy of

19     the COVID-19 vaccine?

20           A.    Maybe I'll answer it this way:

21     I studied everything I could.  You want me

22     to list everything I looked at?  I can't do

23     that.  But I don't know that I'm limiting

24     it, in any way.  But I'm trying to get to

JOSEPH S. AUTERI, MD

Page 120

1    the bottom of it.  Does this shot work?  Is

2    it efficacious?  I already talked about are

3    there complications.  And we talked about

4    that.

5              I'm looking to find out, is this

6    a smart idea for our patients, for our

7    community, for our hospital employees, in my

8    role as member of the Medical Executive

9    Committee.

10         Q.   Did you study data published by

11   the Centers for Disease Control and

12   Prevention, the CDC?

13         A.   That was included in that, yes.

14         Q.   Did you -- do you believe that

15   the CDC published false data during the

16   COVID-19 pandemic regarding the COVID-19

17   vaccines?

18              MS. RUSSELL:  Objection.

19              You can answer.

20              THE WITNESS:  I'll -- I'll limit

21        my answer to the COVID vaccine

22        infect -- COVID-19 infections.

23              I think they published

24        misleading data, because at boots on

JOSEPH S. AUTERI, MD

Page 126

1    data published by the CDC, do you believe

2    that the CDC published misleading data

3    relating to COVID-19 or the COVID-19

4    vaccines?

5            MS. RUSSELL:  Objection.

6            You can answer.

7            THE WITNESS:  I don't know that

8        "misleading" is the right word,

9        because they didn't publish it.  But

10       we, as physicians, who are, again,

11       on MEC, or in a position to help

12       guide policy, were dying for who's

13       vaxed and who's not, in those death

14       rates or infection rates.  We were

15       trying to get that from our own

16       hospital.  We were trying to get

17       that from the federal government.

18       We couldn't get that data.

19           Is that misleading?  Yes, I

20       believe.

21           Is it they published misleading

22       data?  No, to answer your question,

23       because they didn't publish it.  But

24       that's the data a good investigator

JOSEPH S. AUTERI, MD

Page 127

```
 1            wants.  Is this causing trouble?  Is
 2            this killing people?  No, that guy
 3            got hit by a bus.  Why are we
 4            putting him on that list?
 5                 So the practice is misleading.
 6            But you asked me is the data
 7            misleading.  No, because we never
 8            could get that data.  We couldn't
 9            get it from our own hospital.  We
10            couldn't get it from the CDC.
11   BY MR. DURHAM:
12            Q.   Did the CDC withhold data that
13   you believe would have contradicted the data
14   that the CDC published?
15                 MS. RUSSELL:  Objection.
16                 You can answer.
17                 THE WITNESS:  I think any
18            investigator that wants to find out
19            cause and effect which say all the
20            ones that died had vaxed or didn't
21            have vax; all the ones that didn't
22            die had vax or didn't have vax.
23            That's important data to look at to
24            determine is this a good idea or
```

JOSEPH S. AUTERI, MD

Page 131

1              You can answer.
2              THE WITNESS:  I think all of
3       these recent questions have to do
4       with my role on the Medical
5       Executive Committee, and whether I
6       would, if it ever came to a vote --
7       it never did -- whether I would
8       recommend mandating that all our
9       staff get it, that all our patients
10      get it; whatever.
11              It was an assessment in that
12      role that really has nothing to do
13      with why we're here today.  My case
14      is about religious exemption, and
15      why it was unlawfully denied.
16              MR. DURHAM:  Well, I --
17              THE WITNESS:  These -- let me
18      finish.
19              MR. DURHAM:  Sure.
20              THE WITNESS:  These concerns
21      have to do with, okay, guys, we're
22      sitting in a room.  We're about to
23      say, should we make everybody get
24      this or they're fired?  Should we

JOSEPH S. AUTERI, MD

Page 132

```
 1            make all our patients get it or
 2            we're not going to operate on them?
 3            Keep them out of the ER if you're
 4            unvaxed?  Should we make all our
 5            staff get it?
 6                 In that role on Medical Exec,
 7            these were all considered.
 8      BY MR. DURHAM:
 9            Q.   Well, I appreciate you telling
10      me what these questions are about.  But my
11      job is to ask questions today, and your job
12      is to answer the questions that I ask; not
13      the questions you think I'm asking.
14                 And, again, you'll get an
15      opportunity, if your attorney wants to ask
16      you questions at the end of the deposition,
17      to say whatever you want to say.
18                 So, again, I will ask you:  With
19      respect to Paragraph 27 in the Second
20      Amended Complaint, the potential danger
21      referenced, that is a danger that applied to
22      both yourself, as well as to other
23      individuals who had had a prior COVID-19
24      infection, correct?
```

JOSEPH S. AUTERI, MD

Page 140

```
 1          Q.   What specific concerns did you
 2     have relating to the safety of the COVID-19
 3     vaccines that you -- let me rephrase that.
 4               What concerns, relating to the
 5     safety of the COVID-19 vaccines, did you
 6     share with the Medical Executive Committee?
 7               MS. RUSSELL:  Objection.
 8               You can answer.
 9               THE WITNESS:  I was concerned
10          about the early reports of
11          pericarditis and myocarditis, and I
12          shared that.
13               I was concerned about the early
14          reports of Guillain-Barre and other
15          immunologic disorders.  And there
16          were other smaller -- smaller in
17          number complications that were
18          leaking out of -- whether it was
19          Israel or UK or -- or others, saying
20          that this was not the safe and
21          effective -- you know, a hundred
22          percent safe.  And it's not -- it
23          wasn't that.  I was concerned about
24          pregnant women.
```

JOSEPH S. AUTERI, MD

Page 141

```
 1              We sat at a meeting of the
 2         Medical Staff.  And the leader at
 3         the time -- the president of Medical
 4         Staff was Brenda Foley.  She's an ER
 5         doc.
 6              And the pregnant -- I believe
 7         she was a nurse -- a pregnant nurse
 8         raised the question.  She was
 9         clearly pregnant.  She stands up,
10         take -- they hand her the
11         microphone, and she says, I'm seven
12         months pregnant.  Your arbitrary
13         deadline for such and such -- and
14         I'm paraphrasing -- your arbitrary
15         deadline to get the mandate would
16         make me get the mandate in my third
17         trimester.  Can I wait two more
18         weeks, deliver the baby, and then
19         get the vax?
20              They handed the microphone to
21         Brenda Foley.  And Brenda Foley
22         said:  It's been shown to be safe in
23         pregnant women, including third
24         trimester.
```

JOSEPH S. AUTERI, MD

Page 242

1          A.    86 West.

2          Q.    Tell me how that came about, and

3     tell me about the meeting you had with him.

4          A.    I think it's all in the texts.

5     If you want to show me the texts, I can read

6     them to you.

7               He texted me when I was at

8     church, I believe 9-ish in the morning.  We

9     normally go to the 8:00 service, which goes

10    till 9:15.  He texted during church, or

11    thereafter.  I responded, to my

12    recollection, that I don't think you and I

13    meeting is a good idea, because every time

14    we meet you start screaming at me.

15              He responded, I'd really like to

16    do it.  Tomorrow is the suspension date.  I

17    would feel bad if we didn't give it one last

18    shot.

19              So I thought about, prayed about

20    it, and said, you know what, he's right.  I

21    want to give this one last shot, too,

22    because I don't want to leave.

23              So I said okay; and then

24    decided, A, to bring somebody else, so if he

JOSEPH S. AUTERI, MD

Page 243

1    started shouting, I at least have a witness;

2    and, B, to not do it in a private setting

3    like Pernitsky's office or his office.

4    Let's do it at a restaurant.  And we picked

5    86 West.  That's a restaurant in Doylestown.

6              Do you want me to keep going?

7         Q.   Please.

8         A.   So we got to the restaurant.  We

9    picked a table in the back with lots of

10   other people around.  So I hoped he would

11   not -- I hoped that would restrain him from

12   screaming.  He came a few minutes -- we got

13   there a few minutes early.  He came a few

14   minutes late.

15        Q.   I'm sorry to interrupt.  You

16   said "we got there"?

17        A.    My wife.  I brought my wife so I

18   had a witness to -- to, A, hopefully help --

19   help keep him in line from screaming; and B,

20   so some day it wouldn't be my word against

21   his, fully expecting it to be another

22   shouting match.

23              He started off the conversation

24   when he came in, and my wife and I were

JOSEPH S. AUTERI, MD

Page 244

1    sitting at a table, a four-person table.  We
2    were sitting, and he came over and I stood
3    up to shake his hand.  And he said, I'm not
4    sure I should shake your hand.
5              And I said, why is that?
6              And he said, I'm getting over a
7    horrible bout of COVID.
8              And I said, with a -- with a
9    strange look, you're getting over a horrible
10   bout of COVID?  You've had two shots.
11             And he said, yeah, and a
12   booster, he responded.
13             So I said, you're making my case
14   for me.
15             And he smiled and sat down.  And
16   I don't believe he shook my hand.  We sat
17   down and we talked.
18        Q.   How was he making your case for
19   you?
20        A.   Two shots and a booster, and I
21   had natural immunity, God-given immunity.
22   And I hadn't gotten sick, and he had gotten
23   sick.
24        Q.   So in other words, proving your

JOSEPH S. AUTERI, MD

Page 245

```
 1    point that the vaccine was not effective?
 2                MS. RUSSELL:  Objection.
 3                You can answer.
 4                THE WITNESS:  A single data
 5           point, among many thousands of data
 6           points, that say the effectiveness
 7           of this vaccine is called into
 8           question.
 9                By the way, he threw out that
10           his wife was also getting over it.
11           And I believe I said, is she also
12           vaxed?
13                Yes, two, plus booster.
14                So two data points.
15    BY MR. DURHAM:
16           Q.  Can you tell me more about that
17    discussion, or was that the entirety of the
18    discussion?
19           A.  Yes, I can.
20                So he pushed hard for me to get
21    the vax.  You have until tomorrow, 5:00.
22                He spoke about, if you don't get
23    it by 4:59, at 5:00 the Medical Executive
24    Committee, as is their right, is going to
```

JOSEPH S. AUTERI, MD

Page 246

```
 1    vote you off the medical staff; at which
 2    point, at 5:01, no longer being on the
 3    medical staff, your contract will be
 4    terminated.  So you'll be terminated at 5:01
 5    p.m. tomorrow.
 6                 I brought up, wait a second.
 7    That's not what my contract says.  My
 8    contract says there's as 30-day cure rate,
 9    no matter what happens.
10                 He said, no, this supersedes
11    that.  You're going to be gone.
12                 Further bullying me to try to
13    get the vax.
14                 He then brought up -- he looked
15    at me and said -- my wife is sitting right
16    next to me.  He said, do you know who Bill
17    Buckner is?  You're a baseball fan.  Do you
18    know who Bill Buckner is?
19                 I said, yes, I know who Bill
20    Buckner is.  He's the guy on the Boston Red
21    Sox, the first baseman, who, in the 1986
22    World Series against the Mets had the ground
23    ball go through his legs, and Mookie Wilson
24    scored.  The Mets won game six, and went on
```

JOSEPH S. AUTERI, MD

Page 247

1    to win game seven.  He blew it, and he is

2    forever known as a loser.

3                And he said, yes, that Bill

4    Bucker.  You will be forever remembered as a

5    loser, if you don't take this.  You will

6    never get a job in -- in heart surgery again

7    in the United States because the CMS pays

8    for 99 percent of the heart surgery.

9    They're not going to pay whatever hospital

10   you work at.  You will never get another

11   job.

12               To which I distinctly remember

13   responding, Scott, you speak of the future

14   as if you know the future.  Only God knows

15   the future.

16               To which he responded, I don't

17   believe in God.

18               To which I responded, he still

19   knows the future, and you don't, whether you

20   believe that or not.

21               He then mentioned three other

22   physicians that are also not getting the

23   vax, which I was referring to earlier.  He

24   mentioned their names, which I didn't think

JOSEPH S. AUTERI, MD

Page 248

1    was appropriate.  I listened.  I don't

2    remember their names.  I -- I should say I

3    didn't recognize their names, when he

4    mentioned it.

5                 And he said, you're not in very

6    good company, or you will -- you will not

7    be, if you go forward with this, in very

8    good company.

9                 Disparaging the three physicians

10   that he just mentioned.

11        Q.    Did that conversation continue

12   after that?

13        A.    That's the part of it that I

14   recall.

15        Q.    Do you recall anything else

16   being discussed at that meeting?

17        A.    Not as I sit here now.

18        Q.    Did your wife say anything

19   during the meeting?

20        A.    I don't believe she did.

21        Q.    You testified that Levy -- Dr.

22   Levy said, I don't believe in God.

23                 Isn't Dr. Levy Jewish?

24                 MS. RUSSELL:  Objection.

JOSEPH S. AUTERI, MD

Page 289

1    mind, when you were beginning your

2    testimony.

3            A.   Yes, that's the one I had in

4    mind.

5            Q.   Was this meeting at your request

6    or his request?

7            A.   I don't recall.

8            Q.   What did you discuss with Jim

9    Brexler when you met with him?

10           A.   We discussed the make whole if

11   you're injured.  And we discussed if you do

12   take the vax, I would like you to stand in

13   front of the 76 or thereabouts nurses that

14   don't want to take it, and I want you -- I

15   want to show you as a smart man who reads a

16   lot of data and is, therefore, comfortable

17   that the vax is safe and effective, to

18   encourage those nurses to take the vax.

19               I took that as, can I parade you

20   around as the vax poster child.

21           Q.   Did you -- in this meeting, did

22   you share with Jim Brexler your research

23   regarding your concerns about the safety

24   and/or efficacy of the COVID-19 vaccines?

JOSEPH S. AUTERI, MD

Page 376

1          record.
2     BY MR. DURHAM:
3          Q.   Dr. Auteri, did you give a
4     speaking engagement -- I don't know if you
5     call it a sermon, I'll defer to you on that
6     -- on June 24th, 2023, at Calvary Chapel?
7          A.   I can't confirm that date, off
8     the top of my head.  But, yes, I've given a
9     number of talks at the men's conference at
10    Calvary Chapel.
11         Q.   Well, this was produced by
12    Calvary Chapel in response to a subpoena,
13    and was forwarded to your counsel.
14              And -- and I can represent to
15    you that in response to a Request for
16    Production 118 of Defendant, the response
17    says:  It was for all statements,
18    declarations or affidavits, sworn or
19    unsworn, concerning the matter set forth in
20    your Second Amended Complaint, including but
21    not limited to the statements of any parties
22    in this action.
23              It says:  See also links to
24    Plaintiff's public statements made at

JOSEPH S. AUTERI, MD

Page 377

1      Calvary Chapel, which were produced by

2      Calvary Chapel in response to Defendant's

3      subpoena in the instant litigation.

4                    So I'm representing that to you.

5                    To whom were you speaking on

6      June 24th, 2023?

7                    MS. RUSSELL:  Objection.

8                    You can answer.

9                    THE WITNESS:  The group was a

10          men's conference at Calvary Chapel.

11          So a large group of membership that

12          either attend or are invited by

13          members of Calvary Chapel.

14      BY MR. DURHAM:

15          Q.   Was it -- and this -- this is

16      not a gotcha.

17                   Was it a men's conference or the

18      men's breakfast?

19          A.   I don't -- I've spoken at both,

20      and I don't remember if the June '23 was one

21      or the other, so I don't know.

22          Q.   I'll represent to you that it

23      was a men's breakfast.

24          A.   Okay.

JOSEPH S. AUTERI, MD

Page 440

1        Q.    Correct.  The mRNA vaccines.

2        A.    Presume we had proof that they

3   were safe.

4        Q.    I want you to just assume that.

5   Okay?

6        A.    Okay.

7        Q.    Presuming that the mRNA vaccines

8   were determined to be safe, and there wasn't

9   any disputed data about that, would you have

10  taken the mRNA vaccines and complied with

11  the mandate?

12           MR. DURHAM:  Object to the form.

13           THE WITNESS:  No, I would not.

14  BY MS. RUSSELL:

15       Q.    Why?

16       A.    Because the mRNA vaccines, by

17  definition, alter DNA and RNA in the

18  recipient, and that goes against my deeply-

19  held religious conviction 1 Corinthians

20  6:19, for, do you not know your body is a

21  temple of the Holy Spirit given to you by

22  God, glorified God in your body.

23           No, I would not have taken the

24  mRNA vaccine, which is why I was waiting

JOSEPH S. AUTERI, MD

Page 441

1   till the last moment to see if the non-mRNA

2   vaccine -- I believe it was called Novavax,

3   although I may be off on that -- was being

4   developed in Maryland, and it was close, and

5   can I wait?  Will that happen in time?

6               But, no, I would not have taken

7   an mRNA vaccine.

8               MS. RUSSELL:  That's all I have.

9           Thank you.

10              MR. DURHAM:  Just a couple of

11          more questions for me.

12                      -   -   -

13                  EXAMINATION

14                      -   -   -

15  BY MR. DURHAM:

16          Q.   Dr. Auteri, A-34, or Auteri-34,

17  I'll keep my focus on the first page, P-245.

18              Who sent that first e-mail; the

19  bottom of the page?

20              MS. RUSSELL:  Objection.

21          There's been a privilege that's been

22          -- or an objection that has been

23          asserted.  There's been a privilege

24          log that's been produced.  And we