**EXHIBIT "21"**
**Deposition Transcript of Steven Guidera taken on February 6, 2025**

Page 1

```
    IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


                    - - -



JOSEPH AUTERI, M.D.,      :
                          :
    Plaintiff             :
                          :
    vs.                   : No. 22-cv-03384
                          :
VIA AFFILIATES d/b/a      :
DOYLESTOWN HEALTH         :
PHYSICIANS                :
                          :
    Defendant             :

                    - - -
```

Remote deposition of STEVEN A. GUIDERA, M.D., taken pursuant to notice via Zoom video conference on Thursday, February 6, 2025, commencing at 9:00 a.m. Eastern, before Joanne Rose, Registered Merit Reporter and Notary Public.

Page 41

```
 1  Q.    Okay.  Does this refresh your recollection
 2  as to the timing of the meeting that you had with
 3  Dr. Auteri and others at the hospital?
 4  A.    Yeah.  If this is -- if this was the date of
 5  the meeting.  I know I told him I wanted to speak
 6  with him in private about a case and that might,
 7  that might have been by phone, which means it
 8  wouldn't show up here.
 9              But, you know, if 10-5 was that date
10  that we had the meeting, then -- I know it was
11  about a week or two before the deadline for people
12  to get vaccinated or request an exemption.
13  Q.    And do you recall, Dr. Guidera, that you
14  took Dr. Auteri into the Auteri family conference
15  room and conducted a meeting?
16  A.    I do.
17  Q.    Who was in the meeting?
18  A.    To my recollection, the people who were
19  there -- I had arranged the meeting by asking a few
20  people who I knew that Joe had respect for to come
21  and to give, to give a final request to him as a
22  group to get vaccinated so that he would not be
23  terminated.
24              So at that meeting Eleanor Wilson; Ed
25  Leonard, who was the director of the cardiothoracic
```

Page 42

1  anesthesia program; Atul Rao, who was the director
2  of vascular surgery; myself; I think Marcy
3  McClaides was there, but I can't be 100 percent
4  sure.  She was the director of the CV ICU and IVU
5  nursing program.
6  Q.     Anyone else?
7  A.     If you give me a name, I'll have a better
8  sense of knowing if they were there.
9  Q.     Who suggested that you have such a meeting?
10 A.     It was my idea.
11 Q.     Did you ask Dr. Auteri in advance whether he
12 would like to attend such a meeting?
13 A.     No.
14 Q.     Why did you do it? Why did you have the
15 meeting?
16 A.     I had the meeting because Joe was a very
17 valued colleague and an important part of our
18 cardiovascular program.
19            And I wanted to, I wanted to appeal to
20 him to become vaccinated, if not for his own
21 safety, for the safety of our patients and our
22 community.  And I wanted very much for him to
23 remain employed at Doylestown Hospital.
24 Q.     So your purpose in organizing the meeting
25 was for someone to convince Dr. Auteri to just get

Page 43

1  the vax.  Correct?
2            MR. BROWN:  Objection.  Objection,
3  mischaracterizes his testimony.
4  BY MS. RUSSELL:
5  Q.    Dr. Guidera?
6  A.    My purpose of the meeting was to appeal to
7  Joe to reconsider his decision not to get
8  vaccinated, knowing that the implications of that
9  decision could be the end of his career at
10 Doylestown Hospital.
11 Q.    Did you ask Dr. Auteri whether he was
12 willing to lose his career at Doylestown Hospital
13 in order to remain to his principles about the vax?
14           MR. BROWN:  Objection.  Objection,
15 vague and ambiguous.  But go ahead, Steve.
16           THE WITNESS:  I'm sorry.  I need that
17 said a little bit louder because I didn't hear it
18 all.
19 BY MS. RUSSELL:
20 Q.    Did you ever ask Dr. Auteri whether he was
21 willing to lose his career, as you put it, at
22 Doylestown because of his concerns and requests for
23 exemption about the vax?
24 A.    Yeah.  I mean, I think, I think I had -- in
25 discussions with him I think I had said to him, you

Page 49

```
 1  BY MS. RUSSELL:
 2  Q.      Did you talk to Mr. Brexler about the
 3  meeting before or after that meeting occurred?
 4  A.      No.
 5  Q.      Did you talk to anyone else in Doylestown
 6  Health management before or after that meeting
 7  occurred?
 8              MR. BROWN:  Objection, vague and
 9  ambiguous.
10              THE WITNESS:  Eleanor Wilson was at
11  the meeting and is, as you know, part of the
12  administration, so her for sure.  She was there.
13  BY MS. RUSSELL:
14  Q.      What conversations did you have with
15  Ms. Wilson to get her to attend the meeting?
16  A.      I think each of the people I had called the
17  day before and said, I want to have a -- I called
18  it an intervention.  I want to have an intervention
19  where we can try to convince Joe to get vaccinated
20  so that he doesn't get terminated and would you be
21  willing to attend the meeting.
22  Q.      When you called each of these individuals to
23  have an intervention with them, did you discuss at
24  any time I want to talk to Joe about how we could
25  possibly protect his rights to not take the
```

Page 51

```
 1              THE WITNESS:  It was a hospital -- it
 2   was a mandate at our hospital and, as you well
 3   know, many others to get vaccinated in order to
 4   remain able to treat patients.
 5   BY MS. RUSSELL:
 6   Q.      Why Dr. Auteri so much? Why was there such
 7   focus on Dr. Auteri getting the vax?
 8   A.      I think there was a focus on every employee
 9   at Doylestown Health getting vaccinated to prevent
10   possible increased risk of transmission to our
11   patients.
12   Q.      You told me that there were two other
13   physicians who didn't take the vax.
14              Did you hold an intervention for them?
15   A.      I did not.
16   Q.      To your knowledge did anybody else at
17   Doylestown Hospital hold an intervention for them?
18   A.      I don't know.
19   Q.      The ten staff members, nurses and/or other
20   staff people who received exemptions, did you have
21   an intervention for them?
22   A.      I didn't know who they were.
23   Q.      So the answer is no, you didn't hold an
24   intervention for those people, did you?
25   A.      That's the answer, yes.  I did not hold an
```

Page 65

```
 1  Q.    Did you discuss with Dr. Auteri the
 2  requirements that were being offered to him, if
 3  any, to enable him to not get vaccinated and still
 4  work at Doylestown?
 5  A.    No.
 6  Q.    So all of your discussions with Dr. Auteri
 7  about the mandate were focused on getting
 8  Dr. Auteri to take the vaccine.
 9              Is that fair?
10  A.    Yes.
11  Q.    Did you participate in the decision to
12  terminate Dr. Auteri's employment?
13  A.    No.
14  Q.    Did you participate in the decision to
15  suspend Dr. Auteri's medical privileges at
16  Doylestown Hospital?
17  A.    No.
18  Q.    Did you participate in the decision to
19  suspend Dr. Auteri's employment after October 11,
20  2021?
21  A.    No.
22  Q.    Who did so?
23  A.    I have no idea.
24  Q.    Other than what you've called an
25  intervention meeting, do you recall any other
```