IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. AUTERI, M.D. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-3384 |
| VIA AFFILIATES d/b/a DOYLESTOWN | : | |
| HEALTH PHYSICIANS | | |

**O R D E R**

**AND NOW**, this 23rd day of June 2025, upon consideration of the Parties' Stipulation for the extension of time for the Defendant to respond to Plaintiff's Cross Motion to Exclude the Report and Testimony of Dr. Daniel Salmon, Ph.D., MPH (ECF No. 44), it is **ORDERED** that the Stipulation is **APPROVED**.[1]  The Defendant shall respond to Plaintiff's Cross Motion on or before July 3, 2025.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

---

[1] The attached Stipulation was emailed to Chambers on Friday, June 20, 2025.