IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH S. AUTERI, M.D., | : |
| Plaintiff, | : |
| v. | : |
| VIA AFFILIATES d/b/a DOYLESTOWN HEALTH PHYSICIANS, | : CIVIL ACTION NO. 2:22-cv-03384 |
| Defendant. | : |

## STIPULATION

Pursuant to Local Rule 7.4(b), Plaintiff, Joseph S. Auteri, M.D., and Defendant VIA Affiliates d/b/a Doylestown Health Physicians, by and through their respective undersigned counsel, hereby agree and stipulate that Defendant will have until and including July 3, 2025, to respond to Plaintiff's Cross Motion to Exclude the Report and Testimony of Dr. Daniel Salmon, Ph.D., MPH (ECF No. 44 at 19-28).

For Plaintiff:

/s/     Kimberly L. Russell
Kimberly L. Russell, Esq.
Daniel Zachariah, Esq.
Kaplan Stewart Meloff Reiter & Stein, P.C.
Union Meeting Corp. Center
910 Harvest Dr.
P.O. Box 3037
Blue Bell, PA 19422
610-941-2541
krussell@kaplaw.com
dzachariah@kaplaw.com

For Defendant:

/s/ Christopher D. Durham
Christopher D. Durham, Esquire
Adam D. Brown, Esquire
Elisabeth G. Bassani, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1800
cdurham@duanemorris.com
adbrown@duanemorris.com
ebassani@duanemorris.com

**SO APPROVED AND ORDERED**

Dated:_____

_____
R. BARCLAY SURRICK, J.