**EXHIBIT "1"**
*Comparison of Slattery Exemption Request to Dr. Auteri's First Exemption Request*

## PLAINTIFF'S EXEMPTION REQUEST IN *SLATTERY V. MAIN LINE HEALTH, INC.*

"The Pfizer and Moderna mRNA vaccines and Janssen's virus-delivered DNA vaccine injects foreign genes into people. I believe this violates God's intended design for my makeup. The vaccines deliver foreign RNA or DNA to manipulate human cells to generate "spike" proteins and then an immune response which lasts until death, thereby permanently altering each person's cellular makeup as created by God. These vaccines are gene therapy products that change a person's genetic composition as created in the image of God. Other vaccines do not include gene therapy... By taking a gene therapy product, I believe I would be distorting the image of God... I believe the Covid-9 [sic] vaccines would alter my genetic makeup and change God's creation as intended... The Bible teaches that I am a temple with the indwelling Holy Spirit. I think the genetically based vaccines defile God's temple...The technology used in these vaccines differs from all other vaccines because they contain foreign genetic material that would directly coerce my body into making foreign proteins, which other vaccines do not do..."

*Slattery v. Main Line Health, Inc.*, No. 22-4994, 2025 WL 1758616, at *2 (E.D. Pa. June 25, 2025).

## RELEVANT PORTIONS OF DR. AUTERI'S FIRST EXEMPTION REQUEST

"As you no doubt remember, in the Fall of 2006 when I was offered the job of Director of the Heart Institute and Chief of Cardiovascular Surgery by Dr. Scott Levy, my response at that time was that my wife and I would enter a season of prayer and fasting to see where the Holy Spirit was leading us in taking this job. Ultimately we were led by the Spirit to take the job in Doylestown, and I have been very happy with that decision. I believe that God has blessed that obedience to His leading.

I have recently been through a similar season of prayer and fasting regarding the vaccine mandate. I am being led by the Holy Spirit to respectfully decline the Covid vaccine. I believe my body belongs to God and is the temple of his Holy Spirit. As it says in 1 Corinthians 6:19-20 "do you not know that your body is a temple of the Holy Spirit who is in you, whom you have from God, and that you are not your own? For you have been bought with a price: therefore glorify God in your body." I believe that for me to ingest this vaccine is a violation of the Holy Spirit's leading, and therefore would be sin.

When considering whether to obey all the various laws of mankind or not to obey them relies on whether or not those same laws would cause me to disobey my understanding of God's Word if I were to follow Man's rules. In a situation where, in order to obey Man's rules or laws I would have to disobey God's Word, I must obey God and His Word. Therefore I am unable to submit to this vaccine mandate imposed by Doylestown Hospital.

> To deny the clear leading of the Spirit would be sinful on my part, and I have no desire to do that. I have a peace about this decision, which I believe the Holy Spirit gives when one is being led by the Spirit.
>
> Title VII of the Civil Rights Act of 1964 says that by law, reasonable accommodation should be given for someone with a personal, deeply held and sincere religious conviction, and I look forward to accepting your reasonable accommodation so that we can together continue this wonderful work we are doing at Doylestown Health."

True and correct copies of the First Exemption Requests are attached to Plaintiff's Response to Defendant's Motion for Summary Judgment as **Exhibit "3"** (D151-152).