

Kimberly L. Russell, Esquire
Direct Dial: (610) 941-2541
Direct Fax: (610) 684-2026
krussell@kaplaw.com
www.kaplaw.com

February 6, 2026

**VIA ECF and EMAIL – Chambers_of_Judge_R_Barclay_Surrick_@paed.uscourts.gov**
The Honorable R. Barclay Surrick
United States District Judge
8614 United States Courthouse
601 Market Street, Courtroom 8-A
Philadelphia, PA 19106

**RE:   Joseph S. Auteri, M.D. v. VIA Affiliates d/b/a Doylestown Health Physicians, U.S.D.C. for the Eastern District of PA, No. 2:22-cv-03384**

Dear Judge Surrick:

Kaplin Stewart Meloff Reiter & Stein, P.C. represents Plaintiff.

The parties have settled the above-referenced matter through mediation. Accordingly, the parties respectfully request that Your Honor enter a Rule 41.1(b) Order dismissing the matter, with each party to bear his/its own fees and costs, except that Defendant shall be responsible for all costs payable to JAMS in connection with the mediation in this matter.

Thank you for your consideration of the above request.

Respectfully,

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By: Kimberly L. Russell, Esquire

KLR:dg

cc:    Christopher Durham, Esquire (via email and ECF)
       Adam Brown, Esquire (via email and ECF)

**Kaplin Stewart Meloff Reiter & Stein, P.C.**
Union Meeting Corporate Center
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422-0765
610-260-6000 tel

16995/1/11847936/1
*Offices in*
Pennsylvania
New Jersey