IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. AUTERI | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-3384 |
| | : | |
| VIA AFFILIATES | : | |

**ORDER**

**AND NOW**, this 6th day of February 2026, it having been reported that the above captioned action has been resolved, it is hereby **ORDERED** as follows:[1]

1) Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs; and

2) Defendant's Motion to Exclude *the Report and Testimony of Dr. Peter McCullough* (ECF No. 39), Motion for Summary Judgment (ECF No. 40), and Plaintiff's Response to Motion re [39] Motion to Exclude *the Report and Testimony of Dr. Peter McCullough with Cross Motion to Exclude The Report and Testimony of Dr. Daniel Salmon, Ph.D., MPH* (ECF No. 44), are **DISMISSED *as moot***.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

---

[1] On February 6, 2026, the Court was advised the parties settled the above-referenced matter through mediation (*see* ECF No. 52).